Jean Claude Mazzola (admitted *pro hac vice*)
Gregory W. Gilliam (admitted *pro hac vice*)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639
212.490.3000
jc.mazzola@wilsonelser.com
gregory.gilliam@wilsonelser.com

Jaryl L. Rencher (4903)
Greg A. Stebbing (13869)
Stucki, Steele, Rencher
215 South State Street
Suite 600
Salt Lake City, Utah 84111
801.961-1300
rencher@ssrfirm.com
gstebbing@ssrfirm.com

*Counsel for Defendant China Export & Credit Insurance Corporation a/k/a Sinosure*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNHILLS INTERNATIONAL, LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | **MOTION TO DISMISS**<br><br><br><br>Consolidated Case No. 1:10-cv-00113 DB<br><br>Honorable Dee Benson |
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>Plaintiff, | [Case No. 1:11-cv-0012-DB] |

|  |  |
|---|---|
| vs.<br><br>TAIZHOU DONGFANG LIGHT DECORATIONS CO., LTD., a Chinese company; ZHEJIANG HONGCHEN IRRIGATION EQUIPMENTCO., LTD, a Chinese Corporation; LUO JUN, an individual; CHINA EXPORT & CREDIT INSURANCE CORPORATION a/k/a SINOSURE, a Chinese corporation; JANICE CAPENER, and individual; DAN CAPENER, an individual; SUNHILLS INTERNATIONAL, LLC, a California limited liability company; RONG PENG, an individual; TIM MIKA, an individual; "MEGAN DOE," and individual; "MANDY DOE," and individual; and DOES 3-10,<br><br>                    Defendants. |  |

Defendant China Export & Credit Insurance Corporation a/k/a Sinosure, a Chinese corporation ("Sinosure"), by and through counsel, hereby submits its Motion to Dismiss pursuant to Fed R. Civ. P. 12(b)(2) and (6), or, alternatively dismissal on the ground of *forum non conveniens* and for such other relief this Court may deem just and proper.

The basis for this motion is that Sinosure lacks sufficient minimum contacts with the State of Utah necessary to establish personal jurisdiction over it, nor has Plaintiff pled such minimum contacts. Nor has Plaintiff pled enough facts to state a claim for relief against Sinosure. As an alternative, and for the convenience of parties and witnesses, the Court should dismiss the claims as against Sinosure in favor of alternative forum in the People's Republic of China.

-3-

DATED this 19th day of June, 2012.

        Respectfully submitted,

        Wilson, Elser, Moskowitz, Edelman & Dicker LLP

        By: /s/ Jean Claude Mazzola
            Jean Claude Mazzola
            Gregory W. Gilliam
            150 East 42nd Street
            New York, New York 10017-5639
            212.490.3000

            and

            Jaryl L. Rencher
            Greg A. Stebbing
            Stucki, Steele, Rencher
            215 South State Street
            Suite 600
            Salt Lake City, Utah 84111
            801.961.1300

        *Attorneys for Defendant*
        *China Export & Credit Insurance*
        *Corporation a/k/a Sinosure*

-4-

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2012, I electronically filed, and caused to be served via Notice of Electronic Filing, a true and correct copy of the foregoing **MOTION TO DISMISS** upon the following:

| | |
|---|---|
| Greg S. Ericksen<br>1065 South 500 West<br>P.O. Box 609<br>Bountiful, UT 84011 | Mark M. Bettilyon<br>Liesel B. Stevens<br>Ray Quinney & Nebeker PC<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111 |
| Michael G. Brady<br>Brady Law Chartered<br>St. Mary's Crossing<br>2537 W. State Street, Suite 200<br>Boise, ID 83702 | Frank J. Dykas<br>Dykas & Shaver, LLP<br>P.O. Box 877<br>Boise, ID 83701-0877 |
| Kennether R. Shemin<br>Shemin Law Firm, PLLC<br>3333 Pinnacle Hills Parkway, Suite 603<br>Rogers, AR 72758 | Jean-Claude Mazzola<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 |

/s/ Jaryl L. Rencher