Jean Claude Mazzola (admitted *pro hac vice*)
Gregory W. Gilliam (admitted *pro hac vice*)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639
212.490.3000
jc.mazzola@wilsonelser.com
gregory.gilliam@wilsonelser.com

Jaryl L. Rencher (4903)
Greg A. Stebbing (13869)
Stucki Steele & Rencher, LLC
215 South State Street
Suite 600
Salt Lake City, Utah 84111
801.961-1300
rencher@ssrfirm.com
gstebbing@ssrfirm.com

*Counsel for Defendant China Export & Credit Insurance Corporation a/k/a Sinosure*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNHILLS INTERNATIONAL, LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | **DECLARATION OF JEAN-CLAUDE MAZZOLA**<br><br><br><br>Consolidated Case No. 1:10-cv-00113 DB<br><br>Honorable Dee Benson |
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs. | [Case No. 1:11-cv-0012-DB] |

5089560v.1

| | |
|---|---|
| TAIZHOU DONGFANG LIGHT DECORATIONS CO., LTD., a Chinese company; ZHEJIANG HONGCHEN IRRIGATION EQUIPMENTCO., LTD, a Chinese Corporation; LUO JUN, an individual; CHINA EXPORT & CREDIT INSURANCE CORPORATION a/k/a SINOSURE, a Chinese corporation; JANICE CAPENER, and individual; DAN CAPENER, an individual; SUNHILLS INTERNATIONAL, LLC, a California limited liability company; RONG PENG, an individual; TIM MIKA, an individual; "MEGAN DOE," and individual; "MANDY DOE," and individual; and DOES 3-10,<br><br>                                 Defendants. | |

**JEAN CLAUDE MAZZOLA** declares, pursuant to the provisions of 28 U.S.C. § 1746:

1.  I am a member of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant CHINA EXPORT & CREDIT INSURANCE CORPORATION a/k/a SINOSURE ("Sinosure"). I am familiar with the facts and circumstances set forth herein.

2.  This declaration is submitted, together with the Affirmation of Yang Xuejin, the Memorandum of Law, and the exhibits annexed hereto in support of Sinosure's motion to dismiss Plaintiff's Second Amended Complaint pursuant to Fed.R.Civ.P.12(b)(2).

3.  A true and accurate copy of Plaintiff's Second Amended Complaint is annexed hereto as Exhibit "A".

4.  A true and accurate copy of the Supplier Agreement entered into by and between Orbit and Hong Chen, is attached hereto as Exhibit "B". Although that Supplier Agreement contains a Utah choice of jurisdiction clause, Sinosure is not a signatory to that contract.

5. A true and accurate English language exemplar of the short term Export-Credit Insurance Policy entered into by and between Dongfang/Hong Chen and Sinosure, is attached hereto as Exhibit "C".

Dated:  New York, New York
              June 19, 2012

                                                              Respectfully submitted,

                                                              WILSON, ELSER, MOSKOWITZ,
                                                                 EDELMAN & DICKER LLP

                                                    By:    /s/ Jean Claude Mazzola_____
                                                              Jean Claude Mazzola
                                                              (admitted *pro hac vice*)
                                                              150 East 42nd Street
                                                              New York, New York 10017-5639
                                                              212.490.3000
                                                              jc.mazzola@wilsonelser.com

                                                              *Attorneys for Defendant Sinosure*

3