DETACH HERE BEFORE DEPOSITING CHECK

HOME DEPOT - YOUR OTHER WAREHOUSE, L.L.C.
2900 Westfork Drive, Suite 300
Baton Rouge, LA 70827
(225) 216-9500

| PAYEE NO. | CHECK DATE | |
|---|---|---|
| 223133 | 10/01/2010 | 65114 |

| INVOICE NUMBER | INVOICE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT | COMMENTS |
|---|---|---|---|---|---|
| DM99-4819 | 7/22/10 | 268.00- | 2.68- | 265.32- | |
| DM99-4820 | 7/22/10 | 518.24- | 5.18- | 513.06- | |
| INV7463368 | 7/22/10 | 29,575.64 | 295.76 | 29,279.88 | |
| INV7466096 | 7/22/10 | 27,714.14 | 277.14 | 27,437.00 | |
| INV7467035 | 7/22/10 | 25,638.20 | 256.38 | 25,381.82 | |
| | | 82,141.74 | 821.42 | 81,320.32 | |

PENG000293