Jean Claude Mazzola (admitted *pro hac vice*)
Gregory W. Gilliam (admitted *pro hac vice*)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639
212.490.3000
jc.mazzola@wilsonelser.com
gregory.gilliam@wilsonelser.com

Jaryl L. Rencher (4903)
Greg A. Stebbing (13869)
Stucki Steele & Rencher, LLC
215 South State Street, Suite 600
Salt Lake City, Utah 84111
801.961-1300
rencher@ssrfirm.com
gstebbing@ssrfirm.com

*Counsel for Defendant China Export & Credit Insurance Corporation a/k/a Sinosure*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>SUNHILLS INTERNATIONAL, LLC, a California limited liability company; and DOES 1-10,<br><br>            Defendants. | **STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE OF CHINA EXPORT & CREDIT INSURANCE CORPORATION a/k/a SINOSURE**<br><br>Consolidated Case No. 1:10-cv-00113-RJS-EJF<br><br>Honorable Robert J. Shelby<br>Magistrate: Honorable Evelyn J. Furse<br><br><br>[Case No. 1:11-cv-0012-DB] |

| | |
|---|---|
| ORBIT IRRIGATION PRODUCTIONS, INC., a Utah Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>TAIZHOU DONGFANG LIGHT DECORATIONS CO., LTD., a Chinese company; ZHEJIANG HONGCHEN IRRIGATION EQUIPMENT CO., LTD, a Chinese Corporation; LUO JUN, an individual; CHINA EXPORT & CREDIT INSURANCE CORPORATION a/k/a SINOSURE, a Chinese corporation; JANICE CAPENER, an individual; DAN CAPENER, and individual; SUNHILLS INTERNATIONAL, LLC., a California limited liability company; RONG PENG, and individual; TIM MIKA, and individual; "MEGAN DOE," and individual; "MANDY DOE," and individual; and DOES 1-10,<br><br>     Defendants. | |

  IT IS HEREBY STIPULATED by and between Orbit Irrigation Products, Inc. ("Orbit") and China Export & Credit Insurance Corporation a/k/a Sinosure ("China Export") that Orbit's declaratory judgment claims against China Export and Orbit's claims for damages against China Export, along with any claim, allegation or defense China Export has made or could make in response to Orbit's allegations, are hereby dismissed with prejudice pursuant to Fed R. Civ. P. 41. This dismissal in no way affects or impacts any other claim or cause of action Orbit has against any other defendant in this litigation. Orbit and China Export will bear their own costs and attorneys' fees. A proposed Order accompanies this Stipulation.

///

///

DATED this 18th day of March, 2013.

/s/ Jean-Claude Mazzola
Jean Claude Mazzola
Gregory W. Gilliam
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639
*Counsel for Defendant China Export & Credit Insurance Corporation*

DATED this 18th day of March, 2013.

/s/ Greg S. Ericksen
Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011
*Counsel for Plaintiff*

DATED this 18th day of March, 2013.

/s/Mark M. Bettilyon
Mark M. Bettilyon
Liesel B. Stevens
Ray Quinney & Nebeker
36 S State St. Ste 1400
PO Box 45385
Salt Lake City, 84145-0385
*Counsel for Plaintiff*

1216520