Exhibit A

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

May 10, 2012
Invoice No. 446547


For Legal Services Rendered Through April 30, 2012

Greg Erickson

**Matter No. 29831-00005**

**Janice Capener**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/05/12 | Receive new assignment from L. B. Stevens regarding motion to compel; review meet and confer letter and begin drafting motion. | J . Rogers | .90 | 225.00 |
| 04/05/12 | | | | |
| 04/06/12 | Continue drafting memorandum in support of motion to compel. | J . Rogers | 1.10 | 275.00 |

| 04/09/12 | Draft fact section of memorandum in support of motion to compel; continue drafting argument section concerning individual discovery requests. | J . Rogers | 3.60 | 900.00 |
|---|---|---|---|---|
| 04/10/12 | Continue drafting argument section for motion to compel concerning defendants' responses to discovery requests. | J . Rogers | 2.80 | 700.00 |

04/11/12 Continue drafting argument      J . Rogers          6.70    1675.00
         section for memorandum in
         support of motion to compel;
         conduct related research;
         locate supporting deposition
         citations; draft motion to
         compel; submit drafts and
         exhibits to M. M. Bettilyon.

04/19/12 Read and revise memo in      L . Stevens      2.00     540.00
         support of Orbit motion to
         compel discovery in federal
         action; draft email to M. M.
         Bettilyon and G. Ericksen
         regarding same.

04/26/12 Revise memorandum regarding      M . Bettilyon      3.20    1184.00
         compelling Hong Chen to
         produce its documents;
         interoffice conferences
         regarding calculating
         damages; interoffice
         conferences with Greg
         Ericksen regarding same.

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT   84054

June 7, 2012
Invoice No. 447562

For Legal Services Rendered Through May 30, 2012

Greg Erickson

**Matter No. 29831-00005**

**Janice Capener**

| | | | | |
|---|---|---|---|---|
| 05/01/12 | Draft email to S. Bell regarding status of meet and confer on motion to quash; conference with M. M. Bettilyon regarding status of other motions and need to revise memo in support of motion to compel; revise memo and motion; read Defendants' motion to strike Orbit's reply memo. | L . Stevens | 1.30 | 351.00 |

| 05/23/12 | Draft reply memo in support of motion to compel; exchange emails with G. Ericksen and M. M. Bettilyon regarding same; telephone conference with M. M. Bettilyon regarding status of case and scheduled deposition; telephone conference with S. Bell regarding same; draft email to M. M. Bettilyon regarding same; exchange emails with G. Ericksen regarding revisions to reply memo. | L . Stevens | 2.50 | 675.00 |
|---|---|---|---|---|
| 05/24/12 | Read Defendant's motion to stay; exchange emails with M. M. Bettilyon and G. Ericksen regarding status of criminal case and strategy for opposing motion to stay. | L . Stevens | .70 | 189.00 |
| 05/29/12 | Revise reply memo in support of motion to compel. | L . Stevens | .50 | 135.00 |

05/30/12 Review and cite check reply     L . Stevens        .70     189.00
         memo in support of motion to
         compel; exchange emails with
         M. M. Bettilyon and G.
         Ericksen regarding same.


TOTAL FOR LEGAL SERVICES RENDERED


                          ATTORNEY SUMMARY

| Attorney | | Hours | | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 0267 | M. Bettilyon | 57.70 | hours | at | $370.00 | = | $21,349.00 |
| 0332 | L. Stevens | 39.00 | hours | at | $270.00 | = | $10,530.00 |
| 0362 | B. Tolman | 3.60 | hours | at | $395.00 | = | $1,422.00 |
| 0575 | N. Curran | 2.30 | hours | at | $115.00 | = | $264.50 |
| 0548 | J. Diamanti | 36.90 | hours | at | $120.00 | = | $4,428.00 |

   Costs Advanced:

05/07/12 Copying Expense (outside office) - - Salt Lake     255.69
         Legal ED - Tiff Production
04/18/12 Copy of Transcript - - Litigation Services &       954.09
         Technologies Paul Archibald, Vol 1
04/19/12 Copy of Transcript - - Litigation Services &       870.27
         Technologies Russ Messerly, Paul Archibald, Vol
         II, Jeff Maughan
05/25/12 Travel Expense - - Mark M. Bettilyon                307.84
05/25/12 Travel Expense - - Mark M. Bettilyon               4701.40
05/31/12 Westlaw Charges                                    1688.60
05/31/12 Copying Expense                                      75.80
05/31/12 Exhibit Tabs (custom)                                 5.00
                                                        -----------

   TOTAL COSTS ADVANCED                                   $8,858.69