Exhibit B

# LAW OFFICES OF GREG S. ERICKSEN
Statement of Account

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609

Invoice submitted to:
Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
845 No. Overland Road
NSL, UT 84054

    RE: Orbit v Capener et al (Federal No. 1:10-cv-00113-RJS-EJF) *re: Zhejiang Hongchen Irrigation Equipment Co., Ltd., Taizhou Dongfang Light Decorations Co., Ltd., Luo Jun and its attorneys* (Dkt. 39)

June 1, 2012

Invoice No. 12-0106

          Hrs/Rate    Amount

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/2/2012 | Draft letter to Shemin; request meet and confer on document production | GSE | 3.75 | $1,031.25 |
| 4/2/2012 | Assist GSE-letter to Shemin re: meet and confer; inadequate responses | DC | 3.00 | $225.00 |
| 4/5/2012 | Confer with RQN on discovery issues | GSE | 0.75 | $206.25 |
| 4/6/2012 | Revision Motion | GSE | 2.75 | $756.25 |
| 4/6/2012 | Assist GSE-Review motion | DC | 1.25 | $93.75 |

BALANCE DUE