Exhibit 1

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn:  Greg Erickson
1065 S. 500 W., #101
Bountiful, UT  84010

October 13, 2010
Invoice No. 418524

For Legal Services Rendered Through September 24, 2010

**REDACTED**

**REDACTED**

| 09/18/10 | Draft subpoenas to Hotmail and Yahoo for email accounts; factual research regarding same. | A . Berger | 2.80 | 868.00 |
| 09/20/10 | Work on subpoenas regarding email accounts. | A . Berger | .50 | 155.00 |
| 09/20/10 | Revise Subpoenas to Yahoo and Microsoft; Research service information for T-Mobile; Draft Subpoena to T-Mobile; Update service spreadsheet | C . Buhler | 1.70 | 178.50 |
| 09/21/10 | Revisions to subpoenas to email providers; correspondence to G. Ericksen regarding same. | A . Berger | 1.20 | 372.00 |
| 09/21/10 | Telephone calls regarding subpoenas. | M . Bettilyon | .50 | 180.00 |
| 09/21/10 | Revise Subpoena; draft letter to Subpoenants | C . Buhler | .50 | 52.50 |
| 09/22/10 | Revisions to draft T-Mobile subpoena; communications with counsel for parties regarding draft scheduling order. | A . Berger | 1.30 | 403.00 |

B1

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn:  Greg Erickson                          April 11, 2011
1065 S. 500 W., #101                          Invoice No. 427039
Bountiful, UT  84010


For Legal Services Rendered Through March 30, 2011


## REDACTED


| 03/25/11 | Draft subpoenas. | M . Bettilyon | .30 | 111.00 |
| 03/28/11 | Prepare subpoenas to Wal-Mart and Home Depot. | J . Diamanti | .90 | 108.00 |
| 03/29/11 | Draft changes to subpoena. | M . Bettilyon | .80 | 296.00 |
| 03/30/11 | Draft changes to subpoena; telephone call with Kylie. | M . Bettilyon | 1.10 | 407.00 |
| 03/30/11 | Prepare subpoena to Lowe's, Wal-Mart and Home Depot. | J . Diamanti | 2.60 | 312.00 |

B3

TOTAL FOR LEGAL SERVICES RENDERED                        $1,604.00

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn:  Greg Erickson                          May 11, 2011
1065 S. 500 W., #101                          Invoice No. 428801
Bountiful, UT  84010


For Legal Services Rendered Through April 29, 2011


| | | | | |
|---|---|---|---|---|
| 04/04/11 | Review changes to subpoena and serve same. | M . Bettilyon | .40 | 148.00 |
| 04/04/11 | Prepare subpoena to Home Depot and arrange for service of same. | J . Diamanti | 1.30 | 156.00 |
| 04/05/11 | Send subpoena to Home Depot; communications regarding same. | M . Bettilyon | .50 | 185.00 |
| 04/06/11 | Edit subpoena to Wal-Mart and arrange for service of same. | J . Diamanti | 1.10 | 132.00 |
| 04/08/11 B3 | Telephone communications with Home Depot's counsel regarding subpoena. | M . Bettilyon | .40 | 148.00 |


**REDACTED**

04/13/11                        M . Bettilyon       ~~2.60~~    ~~962.00~~
                                                     .50      185.00

                                    ;
          review information
B3        concerning subpoena to
          Lowes;

**REDACTED**

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 04/19/11 | Review documents produced by Home Depot; | M . Bettilyon | ~~3.40~~ | ~~1258.00~~ |
| B3 | | | 1.5 | 555.00 |
| 04/20/11 | ; continue reviewing Home Depot | M . Bettilyon | ~~3.30~~ | ~~1221.00~~ |
| B3 | documents; | | 1.5 | 555.00 |

04/22/11  Continue reviewing Home        M . Bettilyon      5.20    1924.00
          Depot documents and creating
   B3     time line regarding same.

**REDACTED**

REDACTED

04/26/11 Review documents produced by    J . Diamanti        .10      12.00
         Home Depot.
    B3

**REDACTED**

| 04/27/11 | Review documents produced by Home Depot and distribute to opposing counsel; | J . Diamanti | ~~1.40~~ | ~~168.00~~ |
| B3 | | | 1.0 | 120.00 |

**REDACTED**

Costs Advanced:

04/07/11 Service of Subpoena - - Bringhurst Process          52.50
         Service

B3

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

July 13, 2011
Invoice No. 431869

For Legal Services Rendered Through June 30, 2011

**REDACTED**

| 06/21/11 | Review documents produced by | J . Diamanti | ~~2.40~~ | ~~288.00~~ |
|---|---|---|---|---|
| B3 | Wal-Mart; discussion with vendor regarding same; | | 1.0 | 120.00 |

**REDACTED**

| 06/22/11 | Prepare Orbit, Wal-Mart, and | J . Diamanti | ~~4.40~~ | ~~528.00~~ |
|---|---|---|---|---|
| B3 | Studio Cue documents for production. | | 1.5 | 180.00 |

**REDACTED**

| 06/23/11 | Review Orbit, Wal-Mart and Studio Cue documents and prepare for production of same; discussion with vendor, M. Bettilyon and T. Mollerup regarding same; draft letter to counsel regarding production. | J . Diamanti | ~~6.70~~ | ~~804.00~~ |
|---|---|---|---|---|
| B3 | | | 3.0 | 360.00 |

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

August 9, 2011
Invoice No. 433070

For Legal Services Rendered Through July 28, 2011

## REDACTED

| 07/01/11 | | J . Diamanti | ~~3.50~~ | ~~420.00~~ |
| | | | .50 | 60.00 |

B3     load documents produced by Studio Cue and Wal-Mart into electronic database.

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT 84054

September 14, 2011
Invoice No. 434822

For Legal Services Rendered Through August 31, 2011

**REDACTED**

REDACTED

| 08/22/11 | Research regarding phone carrier, draft subpoena and notice of subpoena, draft DE subpoena, review DE rules and discuss with DE clerk. | J . Zimmer | 2.10 | 241.50 |
|---|---|---|---|---|
| B1 | | | | |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com                  October 12, 2011
845 No. Overland Rd.                    Invoice No. 436254
North Salt Lake, UT  84054

For Legal Services Rendered Through September 30, 2011

## REDACTED

| | | | | |
|---|---|---|---|---|
| 09/01/11 | Drafting discovery requests to Dong Fang. | M . McKinney | 3.70 | 684.50 |
| B5 | | | | |
| 09/05/11 | Continue drafting discovery requests. | M . Bettilyon | 2.40 | 888.00 |
| B5 | | | | |

| 09/05/11 B5 | Drafting requests for production of documents. | M . McKinney | 2.80 | 518.00 |
|---|---|---|---|---|
| 09/09/11 B5 | Review email for correspondence relating to Dong Feng. | J . Diamanti | 1.20 | 144.00 |
| 09/12/11 B5 | Draft discovery requests; emails concerning meeting with DongFang; | M . Bettilyon | ~~3.50~~ 2.0 | ~~1295.00~~ 740.00 |
| 09/13/11 B5 | Draft changes to discovery requests; | M . Bettilyon | ~~2.60~~ 2.0 | ~~962.00~~ 740.00 |

**REDACTED**

**REDACTED**

09/14/11 Review Lowe's documents.     J . Diamanti        .90    108.00
B3

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

November 10, 2011
Invoice No. 437891

For Legal Services Rendered Through October 31, 2011

REDACTED

**REDACTED**

10/19/11 Redraft discovery to       M . Bettilyon      1.80      666.00
         DongFang.
    B5

| 10/20/11 | Continue drafting changes to DongFang discovery requests; telephone calls regarding next steps. | M . Bettilyon | ~~1.30~~ | ~~481.00~~ |
| B5 | | | 1.0 | 370.00 |

**REDACTED**

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com                    December 13, 2011
845 No. Overland Rd.                      Invoice No. 439707
North Salt Lake, UT  84054

For Legal Services Rendered Through November 30, 2011

REDACTED

| 11/03/11 | M . Bettilyon | ~~3.30~~ | ~~1221.00~~ |
| B6          ; draft subpoena to Tim Mika; | | .50 | 185.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11/03/11 B6 | Research location of Tim Mica; | J . Diamanti | ~~1.10~~ .50 | ~~132.00~~ 60.00 |
| 11/04/11 B6 | ; send subpoena to Tim Mika; | M . Bettilyon | ~~2.40~~ .50 | ~~888.00~~ 185.00 |
| 11/04/11 B6 | Continue research relating to Tim Mica; | J . Diamanti | ~~1.20~~ .50 | ~~144.00~~ 60.00 |

REDACTED

| 11/07/11 B6 | Assist with preparation of Tim Micah subpoena. | J . Diamanti | .50 | 60.00 |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                              January 11, 2012
kyliec@orbitonline.com                          Invoice No. 440700
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through December 31, 2011

| | | | | |
|---|---|---|---|---|
| 11/15/11 | Research Court Reporters for deposition; teleconference and email with reporter to coordinate deposition location and receipt of documents responsive to subpoena; arrange for service of subpoena and payment of invoice | C . Buhler | 2.10 | 241.50 |
| B6 | | | | |

**REDACTED**

**REDACTED**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/06/11 | Prepare for upcoming deposition in Arkansas; telephone with G. Ericksen regarding same. | M . Bettilyon | 1.40 | 518.00 |

B6

REDACTED

| 12/07/11 | Prepare for and travel to deposition in Arkansas. | M . Bettilyon | 6.00 | 2220.00 |
| B6 | | | | |
| 12/07/11 | | L . Stevens | ~~5.20~~ | ~~1352.00~~ |
| | | | 1.6 | 416.00 |

;

B6  exchange emails with M. M. Bettilyon regarding subpoena to M. Wisdom; telephone conference with M. M. Bettilyon regarding same; draft and revise additional document requests for subpoena to M. Wisdom; conference with L. McGee regarding service of subpoena.

12/08/11  Prepare for and attend        M . Bettilyon      9.00    3330.00
          deposition of Tim Mika;
  B6      return to SLC.


12/09/11  Follow up to Tim Mika         M . Bettilyon       .60     222.00
  B6      deposition.


12/12/11                                L . Stevens        ~~1.40~~   ~~364.00~~

                                                            .20      52.00
  B6                            ;
          conference with M. M.
          Bettilyon regarding need to
          issue subpoenas and draft
          letter to T. Mica's attorney.

12/13/11  Draft letter to counsel for      L . Stevens      2.10      546.00
          T. Mica regarding requests
          for documents; read portions
   B6     of J. Capener's deposition
          regarding her email accounts
          and cell phone numbers;
          draft email to M. M.
          Bettilyon regarding same.


12/14/11                               M . Bettilyon      ~~1.60~~    ~~592.00~~
                 ; draft letter to Ken
          Shemin;                                           .50      185.00
   B6


12/14/11  Revise K. Shemin letter;       L . Stevens      ~~.80~~    ~~208.00~~

   B6                                                       .50      131.00

12/15/11       _ ; communications with L.        M . Bettilyon      ~~1.30~~    ~~481.00~~
              Stevens regarding letter to                             .80       296.00
              Ken Shemin,
    B6                                    ;
              draft letter regarding
              additional documents to be
              produced.

12/15/11                                         L . Stevens       ~~3.00~~    ~~988.00~~
                                                                     .90       234.00


    B6        research procedure for
              subpoena duces tecum in
              Arkansas; begin to draft
              subpoena to Crown Exec.
              Search.

REDACTED

12/20/11 Work on subpoenas to cell       N . Curran        .10      11.50
         phone carriers.
   B1

| 12/21/11 | | L . Stevens | ~~1.80~~ | ~~468.00~~ |
| | | | 1.5 | 390.00 |

**B1**      ; exchange emails with N. Curran regarding subpoenas; review subpoenas; telephone conference with M. M. Bettilyon regarding revisions to subpoenas;

| 12/21/11 | Set up deposition of M. Wisdom and service of subpoena to appear at deposition for M. Wisdom; teleconference and email correspondence with process server; teleconference and email with court reporter; | C . Buhler | ~~1.10~~ | ~~126.50~~ |
| | | | 1.0 | 115.00 |

**B6**

| 12/21/11 | Work on seven subpoenas; research corporate records for registered agents; research service requirements on cell phone providers and email providers; research document productions for information relating to 3PL Logistics. | N . Curran | 1.80 | 207.00 |

**B1**

**REDACTED**

| 12/22/11 | | L . Stevens | ~~3.60~~ | ~~936.00~~ |
| | | | 2.2 | 572.00 |

B1

                    ; draft emails
to N. Curran regarding
revisions to subpoenas to
Microsoft and Virgin Mobile;
further revise Exhibit A to
Crown Partners subpoena;
exchange emails with M. M.
Bettilyon regarding same;
conference with N. Curran
regarding service of
subpoenas; review notices of
subpoenas.

| 12/22/11 | Service of subpoena follow up; email correspondence with precess server regarding status of service | C . Buhler | .20 | 23.00 |

B1

| 12/22/11 | Work on notice of intent to issue subpoenas and further work on subpoenas; | N . Curran | ~~1.70~~ | ~~195.50~~ |
| | | | .80 | 92.00 |

B1

| 12/28/11 | Exchange emails with L. McGee, M. M. Bettilyon and G. Ericksen regarding notice of subpoenas and subpoena to third-party Logistics. | L . Stevens | .50 | 130.00 |
|----------|---|---|---|---|
| B7 | | | | |
| 12/28/11 | Service of subpoena follow up; email regarding service update from server | C . Buhler | .20 | 23.00 |
| B1 | | | | |
| 12/29/11 | Review Tim Mika deposition. | J . Diamanti | .30 | 36.00 |
| B6 | | | | |

**REDACTED**

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                       February 8, 2012
kyliec@orbitonline.com                    Invoice No. 442225
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through January 31, 2012

**REDACTED**

| REDACTED |
| --- |

| 01/04/12<br>B7 | Conference with M. M.<br>Bettilyon regarding need to<br>issue subpoenas; | L . Stevens | ~~.80~~<br>.40 | ~~208.00~~<br>104.00 |
|---|---|---|---|---|
| B7 | ; conference<br>with N. Curran regarding<br>need to revise Cronn<br>Partners subpoena. | | | |
| 01/04/12<br>B7 | Email to M. Bettilyon<br>regarding 3PL search results. | N . Curran | .10 | 11.50 |
| 01/06/12<br>B6 | Review Wisdom documents;<br>telephone call to Mike<br>Wisdom; | M . Bettilyon | ~~2.50~~<br>2.0 | ~~925.00~~<br>740.00 |
| 01/06/12<br>B6 | Review documents produced by<br>Mike Wisdom; email opposing<br>counsel regarding same;<br>discussion with M. Bettilyon<br>regarding same. | J . Diamanti | .90 | 108.00 |

**REDACTED**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/09/12 B6 | continue reviewing Wisdom documents; | M . Bettilyon | ~~3.50~~ 2.0 | ~~1295.00~~ 740.00 |
| 01/09/12 B6 | Review Mike Wisdom documents. | J . Diamanti | .30 | 36.00 |
| 01/10/12 B5 | Review DongFang related discovery; | M . Bettilyon | ~~5.50~~ 4.0 | ~~2035.00~~ 1480.00 |
| 01/10/12 B7 | Conference with M. M. Bettilyon regarding need to revise subpoenas. | L . Stevens | .20 | 52.00 |
| 01/10/12 B6 | Receive and review return of service of deposition subpoena for Mike Wisdom; update service tracking spreadsheet | C . Buhler | .30 | 34.50 |
| 01/10/12 B6 | Review Mike Wisdom documents. | J . Diamanti | .40 | 48.00 |

**REDACTED**

| 01/11/12 | Review Wisdom documents and load into electronic database. | J . Diamanti | 2.90 | 348.00 |
| B6 | | | | |

| 01/12/12 | Conference with N. Curran regarding revisions to Orbit subpoenas; draft list of topics for 30(b)(6) deposition notice to Crown Partners; draft letter to Crown Partners regarding subpoenas; | L . Stevens | ~~6.50~~ 2.5 | ~~1690.00~~ 650.00 |
| B7 | | | | |

| | | | |
|---|---|---|---|
| 01/12/12 | Discussion with L. B. Stevens regarding changes to subpoenas; work on 30(b)(6) subpoena to Crown Partners; revise subpoenas for production of documents; work on new notices of subpoenas; coordinate service of notice of issuance of subpoena. | N . Curran | ~~2.00~~    ~~230.00~~ |
| B7 (1.0) 115.00 | | | |
| B1 (1.0) 115.00 | | | |

**REDACTED**

REDACTED

| 01/17/12 | | M . Bettilyon | 1.40 | 518.00 |
| B6 | review Wisdom documents. ; | | .80 | 296.00 |

| 01/17/12 | | J . Diamanti | ~~4.10~~ | ~~492.00~~ |
| B3 | review Sinosure documents and supplemental Home Depot production. ; | | 2.0 | 240.00 |

REDACTED

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/18/12 B1 | Email to L. B. Stevens regarding Rule 30(b)(6) deposition notice and service of subpoena. | N . Curran | .10 | 11.50 |
| 01/19/12 B6 | Review emails concerning subpoenas;    ; draft letter to K. Shemin regarding the Mika production. | M . Bettilyon | ~~2.20~~ 1.5 | ~~814.00~~ 555.00 |
| 01/19/12 B6 | Review letter concerning subpoena. | M . Bettilyon | 1.20 | 444.00 |
| 01/19/12 B6 | Read and analyze J. Parrish's letter asserting objections to subpoenas; review Rules of Civil Procedure regarding motions to quash; exchange emails with M. M. Bettilyon and opposing counsel regarding objections and extensions of service. | L . Stevens | 1.00 | 260.00 |
| 01/19/12 B3 | Produce documents received by Home Depot; | J . Diamanti | .30 .20 | 36.00 24.00 |
| 01/20/12 B6 |    ; continue to drafting letter to K. Shemin. | M . Bettilyon | ~~2.20~~ 1.5 | ~~814.00~~ 555.00 |

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/20/12 B1 | Email to L. B. Stevens and M. M. Bettilyon regarding subpoena. | N . Curran | .10 | 11.50 |
| 01/23/12 B5 | Continue drafting letter to K. Shemin; review discovery requests for DongFang. | M . Bettilyon | 1.80 | 666.00 |
| 01/25/12 B3 | ; review documents relating to Lowe's. | J . Diamanti | ~~.70~~ .30 | ~~84.00~~ 36.00 |
| 01/26/12 B5 | Continue making changes to discovery. | M . Bettilyon | 1.20 | 444.00 |
| 01/26/12 B7 | Research 3PL in Cincinnati and email results to M. M. Bettilyon. | N . Curran | .80 | 92.00 |

REDACTED

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/27/12 B5 | Make changes to DongFang discovery requests. | M . Bettilyon | 3.20 | 1184.00 |
| 01/27/12 B7 | Prepare 30(b)(6) subpoena to Global; email to M. M. Bettilyon regarding same; coordinate service of subpoenas to AT&T, Arvest Bank, and Crown Partners. | N . Curran | 1.10 | 126.50 |
| 01/27/12 B6 | ; review Tim Mika production. | J . Diamanti | ~~3.30~~ 1.0 | ~~396.00~~ 120.00 |
| 01/30/12 B5 | Continue making changes to discovery. | M . Bettilyon | 2.40 | 888.00 |

**REDACTED**

01/31/12 Revise and send out          M . Bettilyon      1.20     444.00
         discovery requests.
B5

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

March 9, 2012
Invoice No. 443619

For Legal Services Rendered Through February 29, 2012

| | | | | |
|---|---|---|---|---|
| 02/01/12 B5 | Draft changes to discovery requests in HongChen; send out discovery requests. | M . Bettilyon | 3.40 | 1258.00 |
| 02/02/12 | Continue reviewing subpoenas and ongoing efforts to complete discovery. | M . Bettilyon B1 (1.8)  B7 (1.9) 666.00     703.00 | 3.70 | 1369.00 |
| 02/02/12 B1 | Read request from AT&T for changes for subpoena and forward to J. Zimmer. | L . Stevens | .20 | 54.00 |

REDACTED

| | | | | |
|---|---|---|---|---|
| 02/07/12 | Respond to letter concerning Tim Mika; | M . Bettilyon | ~~1.40~~ | ~~518.00~~ |
| B6 | | | .80 | 296.00 |
| 02/09/12 | ; draft letter to K. Shemin; | M . Bettilyon | ~~2.20~~ | ~~814.00~~ |
| B6 | | | 1.0 | 370.00 |
| 02/09/12 | Read letter from M. M. Bettilyon to K. Shemin regarding discovery issues with T. Mika; | L . Stevens | ~~.20~~ | ~~54.00~~ |
| B6 | | | .10 | 270.00 |
| 02/10/12 | ; read T. Mika deposition transcript. | L . Stevens | ~~2.10~~ | ~~567.00~~ |
| B6 | | | 1.2 | 324.00 |
| 02/10/12 | Review documents produced in response to the HongChen-Megan subpoena; prepare documents for production and draft letter to counsel regarding same. | J . Diamanti | 1.40 | 168.00 |
| B5 | | | | |

**REDACTED**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 02/13/12 B6 | Review Sinosure and supplemental Tim Mika documents; | J . Diamanti | ~~1.40~~ 1.2 | ~~160.00~~ 144.00 |
| 02/15/12 B6 | Look at Tim Mika's bank records; discussions with G. Ericksen regarding same. | M . Bettilyon | 2.20 | 814.00 |
| 02/15/12 B3 | Prepare subpoena to Menards. | N . Curran | .40 | 46.00 |
| 02/15/12 B6 | Review documents produced by Tim Mika. | J . Diamanti | 1.80 | 216.00 |
| 02/16/12 B3 | ; draft subpoena to Menard; | M . Bettilyon | ~~5.50~~ 1.0 | ~~2035.00~~ 370.00 |

REDACTED

| 02/21/12 | Review Microsoft subpoena; conference with M. M. Bettilyon regarding need to revise; revise Exhibit A to subpoena; review CD of phone records produced by AT&T; conference with J. Diamanti regarding need to bates number records. | L . Stevens | .80 | 216.00 |
| B1 | | | | |

| 02/23/12 | Copy documents received by AT&T. | J . Diamanti | .10 | 12.00 |
| B1 | | | | |

REDACTED

| Date | | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 02/28/12 | | ; organize Tim Mika | J . Diamanti | ~~1.00~~ | ~~120.00~~ |
| | B6 | documents. | | .50 | 60.00 |
| 02/29/12 | | ; | M . Bettilyon | ~~.70~~ | ~~259.00~~ |
| | B3 | discussions regarding Walmart deposition; | | .40 | 148.00 |
| 02/29/12 | | Telephone conference with M. M. Bettilyon and G. Ericksen | L . Stevens | ~~5.10~~ | ~~1377.00~~ |
| | B3 | regarding strategy for scheduling Walmart deposition; draft email to S. Bell regarding same; telephone conference with S. Bell regarding same; read email correspondence with Walmart counsel; draft email | | 3.0 | 810.00 |

REDACTED

to M. M. Bettilyon and G.
Ericksen regarding
conversation with S. Bell;



              ; conference
with M. M. Bettilyon
regarding need to issue and
revise subpoenas.

| 02/29/12 | Review documents received from AT&T, Crown Partners, and Arvest, and prepare for production of same. | J . Diamanti | 1.90 | 228.00 |
|---|---|---|---|---|

B7

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

April 12, 2012
Invoice No. 445466

For Legal Services Rendered Through March 30, 2012

**REDACTED**

REDACTED

| 03/02/12 | ; load Sinosure and recent Tim Mika productions into electronic database. | J . Diamanti | ~~1.00~~ | ~~120.00~~ |
|---|---|---|---|---|
| B6 | | | .30 | 36.00 |

| 03/05/12 | | J . Diamanti | ~~1.30~~ | ~~156.00~~ |
| | ; load Arvest, AT&T, and Crown Partners documents into database; draft letters to counsel regarding production of same. | | .60 | 72.00 |
| B1 | | | | |

**REDACTED**

| 03/06/12 | Revise subpoena to JN Consulting; | N . Curran | ~~.30~~ | ~~34.50~~ |
| B7 | | | .10 | 11.50 |

| 03/07/12 | | L . Stevens | ~~6.10~~ | ~~1647.00~~ |
| B1 | ; read and analyze letter from Microsoft regarding response to subpoena; | | .50 | 135.00 |

03/07/12                          J . Diamanti        ~~3.80~~      ~~456.00~~

B1                   ; draft
            letters to counsel regarding              0.5        60.00
            production of third-party
            documents.


03/08/12  Analyze status of subpoena    L . Stevens   ~~3.80~~    ~~1026.00~~
B1        to Microsoft;
                                                      .30        81.00


**REDACTED**


03/12/12  Draft letter to Microsoft     L . Stevens   ~~.50~~     ~~135.00~~
          regarding revised subpoena;
B1        draft email to G. Ericksen                  .40        108.00
          regarding same;

REDACTED

| 03/15/12 | L . Stevens | ~~6.10~~ | ~~1647.00~~ |
|---|---|---|---|
| B1 |  | .80 | 216.00 |

**REDACTED**

; draft email to
N. Curran regarding
subpoenas; review subpoenas;

| 03/22/12 | | M . Bettilyon | 6.00 | 2220.00 |

B5                                    ;
        telephone call to Ken Shemin          .50     185.00
        regarding failure to answer
        discovery requests.

**REDACTED**

**REDACTED**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/26/12 B1 | Exchange emails with N. Curran and M. M. Bettilyon regarding status of subpoenas; | L . Stevens | ~~1.70~~ .20 | ~~459.00~~ 54.00 |
| 03/26/12 B3 | Prepare subpoenas to Ace Hardware and Orchard Supply; update subpoenas to Menard and JN Global. | N . Curran | 1.00 | 115.00 |

**REDACTED**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/27/12 | Revise subpoenas to JN Global, Menard, Ace Hardware and Orchard Supply; email regarding the same to M. M. Bettilyon. | N . Curran | .40 | 46.00 |

B3

REDACTED

03/29/12                                 L . Stevens        ~~4.00~~   ~~1080.00~~

B3                                                          .50      135.00

        ; exchange emails
  with N. Curran regarding

**REDACTED**

need to draft and serve
notices of subpoenas; review
notices;

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/29/12 B3 | Prepare notices of issuance of subpoenas and depositions for Ace Hardware, JN Global, Menard and Orchard. | N . Curran | .90 | 103.50 |
| 03/30/12 B1 | Exchange emails with G. Ericksen regarding Microsoft subpoena. | L . Stevens | .20 | 54.00 |

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT 84054

May 10, 2012
Invoice No. 446547

For Legal Services Rendered Through April 30, 2012

**REDACTED**

**REDACTED**

04/03/12                                L . Stevens        ~~1.80~~    ~~486.00~~

B3                                                                .30      81.00


                              ;
        review notices of subpoenas
        and attachments;

REDACTED

04/05/12                            L . Stevens        ~~6.50~~   ~~1755.00~~

                                                        .20      54.00

B1
                              ; draft
        email to N. Curran regarding
        service of subpoenas;

REDACTED

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 04/11/12 | Draft changes to Hong Chen discovery requests. | M . Bettilyon | 1.30 | 481.00 |

B5

## REDACTED

| 04/11/12 | Work on letters and subpoenas to JN Global, Ace Hardware, Orchard Supply, and Menard; coordinate service of subpoenas; prepare instruction letters to servers. | N . Curran | 1.20 | 138.00 |
| B7 | | | | |

| 04/12/12 | Draft changes to discovery requests in the federal case; | M . Bettilyon | ~~3.20~~ 2.0 | ~~1184.00~~ 740.00 |
| B5 | | | | |

| 04/14/12 | Draft changes to discovery requests. | M . Bettilyon | 2.00 | 740.00 |
| B5 | | | | |
| 04/16/12 | Draft discovery requests; | M . Bettilyon | ~~3.20~~ 1.5 | ~~1184.00~~ 555.00 |
| B5 | | | | |

REDACTED

04/17/12 Draft discovery requests;    M . Bettilyon    ~~3.40~~    ~~1258.00~~
   B5                                                         1.0        370.00

04/18/12                          M . Bettilyon        1.20      444.00
      B5        ; continue drafting                      .50      185.00
              discovery responses.


**REDACTED**


04/19/12  Research relating to        J . Diamanti         .50       60.00
          Capener's relationship with
      B3  Ace Hardware.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/20/12 B8 | Review documents received from Nick Eller and Jerry Cravens. | J . Diamanti | .50 | 60.00 |

**REDACTED**

| 04/24/12 B1 | Telephone conference with M. M. Bettilyon regarding Defendants' motion to quash Microsoft/Yahoo subpoenas; review subpoenas and Yahoo's response; ; draft email to M. M. Bettilyon and G. Ericksen regarding issues with Microsoft/Yahoo subpoenas; | L . Stevens | ~~1.50~~ 1.2 | ~~405.00~~ 324.00 |

**REDACTED**

| 04/26/12 | L . Stevens | ~~5.20~~ | ~~1404.00~~ |
| | | 1.0 | 270.00 |

B1

REDACTED

;

review and analyze
Defendants' motion to quash
subpoenas and possible
grounds for compromise;

| Date | Description | Name | Hours | Amount |
|------|-------------|------|-------|--------|
| 04/26/12 B6 | Work on summonses to Tim Mika | N . Curran | ~~1.00~~ .30 | ~~115.00~~ 34.50 |
| 04/27/12 B1 | | L . Stevens | ~~2.00~~ .5 | ~~540.00~~ 135.00 |

; conference with M. M.
Bettilyon regarding subpoena
issues; meet and confer
discussion with S. Bell
regarding subpoenas and
other discovery issues;

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                    June 7, 2012
kyliec@orbitonline.com                 Invoice No. 447562
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through May 30, 2012

**REDACTED**

**REDACTED**

| 05/02/12 | Review documents and prepare index relating to Lowe's; | J . Diamanti | ~~3.60~~ | ~~432.00~~ |
| B3 | | | 2.6 | 312.00 |

| 05/03/12 | Review documents in preparation for creating Lowes affidavits to avoid depositions with Lowes; | M . Bettilyon | ~~3.40~~ | ~~1258.00~~ |
| B3 | | | 3.0 | 1110.00 |

05/03/12  Prepare for Lowe's and      J . Diamanti      ~~5.10~~      ~~612.00~~
          Wal-Mart depositions;                          4.8          576.00
B3


**REDACTED**


05/04/12  Review documents in         J . Diamanti      6.20         744.00
          preparation for Lowe's
B3        deposition.

05/07/12                          J . Diamanti        2.10      252.00

B8                ; review documents                  1.0      120.00
            produced by Nick Eller and
            Jerry Cravens and prepare
            for production of same.


                        **REDACTED**




05/08/12  Review documents relating to   J . Diamanti     2.10      252.00
          Wal-Mart and prepare
B3        chronology.