05/09/12   Review documents relating to    J . Diamanti       3.40      408.00
B3         Wal-Mart and prepare
           chronology of same.

05/10/12   Review deposition notice;       M . Bettilyon      2.60      962.00
B3         draft email concerning
           upcoming depositions;
           commence preparation efforts
           for Walmart deposition.

## REDACTED

05/10/12   Review documents relating to    J . Diamanti       2.60      312.00
B3         Wal-Mart and prepare
           chronology of same.

05/11/12   Review documents received       M . Bettilyon     ~~4.80~~   ~~1776.00~~
B8 (2.0)   from Nick Eller and Jerry
740.00     Cravin; continue preparing       B3 (2.0)
           for Walmart deposition;          740.00

05/11/12   Follow up on service of         N . Curran          .10       11.50
B7         Crown Partners.

05/11/12   Produce Nick Eller and Jerry    J . Diamanti       6.80      816.00
B8 (1.5)   Cravens documents; continue
180.00     review of documents              B3 (5.3)
           referencing Wal-Mart and         636.00
           create chronology of same.

05/14/12   Continue preparing for          M . Bettilyon      6.30     2331.00
           Walmart deposition; complete
B3 (3.0)   review of Nick Eller          —  B8 (3.3)
1110.00    documentation; internal          1221.00
           discussions regarding
           Walmart depositions.

**REDACTED**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/14/12 <br> B3 | Review Wal-Mart documents in preparation for deposition. | J . Diamanti | 3.10 | 372.00 |
| 05/15/12 <br> B8 (.60) <br> 222.00 | Continue reviewing Nick Eller documents; emails to K. Shemin regarding his discovery issues. <br> B5 (0.60) <br> 222.00 | M . Bettilyon | 1.20 | 444.00 |
| 05/16/12 <br> B6 | Set up meetings for next week; telephone call to Mike Wisdom. | M . Bettilyon | 1.80 | 666.00 |
| 05/16/12 <br> B3 | ; search database for information relating to Mark Kleinhenz. | J . Diamanti | ~~1.50~~ <br> .50 | ~~180.00~~ <br> 60.00 |
| 05/17/12 <br> B6 | Prepare for upcoming trip; telephone calls with those we intend to meet with. | M . Bettilyon | 1.20 | 444.00 |

REDACTED

| Date | Description | | Hours | Amount |
|------|-------------|--------|-------|--------|
| 05/20/12<br>B6 | Prepare for upcoming meetings; travel to Arkansas. | M . Bettilyon | 5.00 | 1850.00 |
| 05/21/12<br>B6 (6.0)<br>2220.00 | Meeting Tim Mica and Mike Wisdom; meeting Matthew Mann; review documents in preparation for these meetings; travel to Charlotte.  B8 (2.0)<br>740.00 | M . Bettilyon | 8.00 | 2960.00 |
| 05/22/12<br>B8 | Prepare for and attend meeting Nick Eller; return to Salt Lake City. | M . Bettilyon | 4.50 | 1665.00 |

| 05/23/12 | M . Bettilyon | ~~2.20~~ | ~~814.00~~ |
|----------|---------------|----------|------------|
| B8       |               | 1.50     | 555.00     |

    ; commence
drafting declarations for
Tim Mika, Nick Eller and
Mike Wisdom; discussions
with Greg Ericksen regarding
same.

**REDACTED**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com            July 16, 2012
845 No. Overland Rd.             Invoice No. 449772
North Salt Lake, UT  84054


For Legal Services Rendered Through June 29, 2012




```
REDACTED
```




| 06/01/12 | L . Stevens | 1.00 | 486.00 |
|---|---|---|---|
| B8 | | .20 | 54.00 |


                                   ;
read draft declaration of
Katz;

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/04/12<br>B8 | ; continue working on affidavits needed to prove that Janice Capener is Megan. | M . Bettilyon | ~~1.30~~<br>1.0 | ~~481.00~~<br>370.00 |
| 06/05/12<br>B8 | Continue reviewing affidavit; telephone conferences with L. Stevens regarding same. | M . Bettilyon | 1.60 | 592.00 |
| 06/11/12<br>B8 | Draft changes to Dick Katz statement. | M . Bettilyon | 1.10 | 407.00 |

REDACTED

| 06/18/12 | | M . Bettilyon | ~~5.50~~ | ~~2035.00~~ |
| | | | 1.50 | 555.00 |

B8                              ;
        continue drafting
        declaration of Nick Eller;
        review Nick Eller email in
        preparation of same.

REDACTED

Eller

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 06/19/12 B8 | Review N. ~~Ellen~~ declaration; draft email to M.M. Bettilyon regarding same; | L . Stevens | ~~1.50~~ .30 | ~~405.00~~ 81.00 |
| 06/19/12 B8 | Assist with preparation of affidavit. | J . Diamanti | .40 | 48.00 |
| 06/20/12 B8 | Send affidavit to Nick Eller; email communications with him regarding his potential testimony; | M . Bettilyon | ~~1.30~~ .60 | ~~481.00~~ 222.00 |
| 06/20/12 B8 | exchange emails with M.M. Bettilyon regarding M. ~~Ellen~~ declaration.  Eller | L . Stevens | ~~2.40~~ .30 | ~~648.00~~ 81.00 |

**REDACTED**

| 06/25/12 | | M . Bettilyon | ~~1.40~~ | ~~518.00~~ |
|---|---|---|---|---|
| | ; | | .50 | 185.00 |
| B8 | exchange emails with Nick Eller regarding his declaration; | | | |

| 06/25/12 | | L . Stevens | ~~3.20~~ | ~~864.00~~ |
|---|---|---|---|---|
| B8 | ; review and revise N. Eller's Declaration; exchange e-mails with N. Eller and M.M. Bettilyon regarding same. | | 1.1 | 297.00 |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

August 7, 2012
Invoice No. 450439

For Legal Services Rendered Through July 31, 2012

**REDACTED**

| REDACTED |
| --- |

| | | | | |
| --- | --- | --- | --- | --- |
| 07/05/12 | Emails regarding Tim Mika. | M . Bettilyon | .50 | 185.00 |
| B6 | | | | |
| | | | | |
| 07/06/12 | Prepare Nick Eller documents for distribution to Denise Ericksen. | J . Diamanti | .30 | 36.00 |
| B8 | | | | |

**REDACTED**

07/13/12                                    M . Bettilyon          ~~1.50~~        ~~555.00~~

  B8        discussions with paralegal                              .60        222.00
            regarding obtaining
            documents from Dick Katz.

**REDACTED**

07/25/12                                    L . Stevens          ~~3.00~~        ~~810.00~~

                                                                 .20          54.00


B3              ; draft email to G.
         Ericksen regarding Costco
         subpoena.

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

September 19, 2012
Invoice No.  452578

For Legal Services Rendered Through August 31, 2012

**REDACTED**

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 08/07/12 | View Katz document; | M . Bettilyon | ~~3.00~~ | ~~1110.00~~ |
| B8 | | | 1.0 | 370.00 |
| 08/08/12 | Continue reviewing Katz documents; | M . Bettilyon | ~~2.50~~ | ~~925.00~~ |
| B8 | | | 1.5 | 555.00 |
| 08/08/12 | | L . Stevens | ~~1.60~~ | ~~432.00~~ |
| | | | .3 | 81.00 |
| B8 | conference with M. M. Bettilyon regarding new information from Katz | | | |

REDACTED

| 08/10/12 | Review documents pertaining to Luo Jun's involvement in conspiracy; | M . Bettilyon | ~~4.50~~ | ~~1665.00~~ |
| B5 | | | 2.0 | 740.00 |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 08/10/12 | Process Dick Katz documents and prepare for production of same; | J . Diamanti | ~~1.80~~ | ~~216.00~~ |
| B8 | | | 1.0 | 120.00 |
| 08/13/12 | Review Dick Katz documents. | J . Diamanti | .50 | 60.00 |
| B8 | | | | |
| 08/14/12 | | M . Bettilyon | ~~3.80~~ | ~~1406.00~~ |
| B5 | ; review documents for Luo Jun connections with conspiracy. | | 2.0 | 740.00 |

REDACTED

| 08/15/12 | Review Katz documents and | J . Diamanti | .20 | 24.00 |
|---|---|---|---|---|
| B8 | prepare for production of same; | | .10 | 12.00 |

**REDACTED**

08/22/12 Review Katz documents.          J . Diamanti        .90     108.00

B8

REDACTED

08/23/12 Assist with production of        J . Diamanti        1.30      156.00
         Katz documents.
    B8

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

October 11, 2012
Invoice No. 453855

For Legal Services Rendered Through September 28, 2012

REDACTED

REDACTED

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/11/12 | Review D. Katz documents and load into electronic database. | J . Diamanti | .70 | 84.00 |
| B8 | | | | |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

December 18, 2012
Invoice No. 457537

REDACTED

| | | | | |
|---|---|---|---|---|
| 11/02/12 | Read court orders denying motions to stay. | L . Stevens | .20 | 54.00 |
| B5 | | | | |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

February 13, 2013
Invoice No.  459847

For Legal Services Rendered Through January 30, 2013

REDACTED

| 01/03/13 | | ; | M . Bettilyon | ~~2.40~~ | ~~888.00~~ |
|---|---|---|---|---|---|
| B7 | interoffice conferences regarding a subpoena to Commonwealth. | | | .50 | 185.00 |

| | | | |
|---|---|---|---|
| 01/08/13 | Locate registered agent for Commonwealth Inc.; draft subpoena and related documents for same. | K . Herron | 2.00   240.00 |

B7

| 01/14/13 | | M . Bettilyon | 2.40 | 888.00 |
|---|---|---|---|---|
| B7 | ; draft subpoena to Commonwealth; | | 1.0 | 370.00 |

REDACTED

| 01/16/13 | Continue preparing for deposition of Janice Capener. | M . Bettilyon | 7.00 | 2590.00 |
|----------|------------------------------------------------------|---------------|------|---------|
| 01/16/13 | Research 5th Amendment issues for JC deposition; draft summary of research. | L . Stevens | 2.20 | 594.00 |
| 01/16/13 | Prepare and organize exhibits for J. Capener deposition. | K . Herron | 3.00 | 360.00 |
| 01/17/13 | Prepare for Janice Capener deposition; | M . Bettilyon | ~~2.20~~ 1.0 | ~~814.00~~ 370.00 |
| 01/17/13 | Prepare and organize exhibits for J. Capener deposition. | K . Herron | .50 | 60.00 |

B11

**REDACTED**

| 01/25/13 | Review documents from Commonwealth; | M . Bettilyon | 1.50 | 555.00 |

B7

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

March 13, 2013
Invoice No. 461297

For Legal Services Rendered Through February 28, 2013

**REDACTED**

REDACTED

| | | | | |
|---|---|---|---|---|
| 02/06/13 | Prepare for upcoming deposition; | M . Bettilyon | 6.20 | 2356.00 |
| B11 | | | | |
| 02/06/13 | Prepare exhibits for J. Capener deposition. | K . Herron | 1.80 | 225.00 |
| B11 | | | | |
| 02/07/13 | Prepare for and attend deposition of Janice Capener; | M . Bettilyon | ~~6.50~~ 3.0 | ~~2470.00~~ 1140.00 |
| B11 | | | | |

REDACTED

02/07/13  Prepare exhibits for J.        K . Herron          .40      50.00
          Capener deposition.
   B11

02/11/13                        ; review   M . Bettilyon       ~~2.20~~    ~~836.00~~
          discovery received from                              1.0      380.00
   B7     Commonwealth.

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT 84054

April 8, 2013
Invoice No. 462404

For Legal Services Rendered Through March 29, 2013

**REDACTED**

**REDACTED**

| 03/12/13 | Prepare production of Commonwealth documents received pursuant to a subpoena for distribution to state and federal parties; conference with M. M. Bettilyon regarding same; telephone conference with vendor regarding processing of documents; | K . Herron | ~~.30~~ .20 | ~~37.50~~ 25.00 |
|---|---|---|---|---|
| B7 | | | | |

| 03/14/13 | Draft letter to all counsel transmitting Commonwealth production; review and load documents into electronic database. | K . Herron | .40 | 50.00 |
|---|---|---|---|---|
| B7 | | | | |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

May 21, 2013
Invoice No. 464693

For Legal Services Rendered Through April 30, 2013

**REDACTED**

**REDACTED**

04/15/13  Review files regarding Hong      J . Diamanti        .70      91.00
          Chen correspondence with
  B5      Orbit and verify production
          of same

REDACTED

04/17/13 Meeting with Todd McMurty    M . Bettilyon       3.50    1330.00
B7 (1.0)  and Brent Collins; meeting
380.00    with Tim Mica and Mike
          Wisdom;
                    B6 (1.0)
                    380.00

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                          July 10, 2013
kyliec@orbitonline.com                      Invoice No. 467064
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through June 29, 2013

**REDACTED**

| REDACTED |
| --- |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/18/13 | | M . Bettilyon | ~~2.50~~ | ~~950.00~~ |
| IA | ; review information needed for drafting terminating sanctions memorandum against Hongchen (1.7). | | 1.7 | 646.00 |
| 06/18/13 IA | Conference with M. Bettilyon regarding motion for terminating sanctions against Hong Chen; review email correspondence, pleadings and document in preparation for drafting motion. | L . Stevens | 1.40 | 385.00 |
| 06/19/13 B3 | Draft letter to M. Brady regarding customer subpoenas. | M . Bettilyon | 1.10 | 418.00 |
| 06/20/13 IA | Begin drafting motion for sanction against Hong Chen and Luo Jun. | L . Stevens | .50 | 137.50 |
| 06/21/13 IA | Draft motion for sanctions against Hong Chen, et al.; review documents produced by D. Katz and Defendants; conference with M. Bettilyon regarding same. | L . Stevens | 6.50 | 1787.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/22/13 IA | Draft motion for sanctions (3.3); | L . Stevens | ~~5.90~~ 3.3 | ~~1622.50~~ 907.50 |
| 06/24/13 IA | Revise motion for sanctions; revise motion for order of contempt. | L . Stevens | .50 | 137.50 |
| 06/25/13 IA | Review motion for terminating sanctions drafted for Hongchen; | M . Bettilyon | ~~1.80~~ .90 | ~~684.00~~ 342.00 |
| 06/25/13 IA | Conference with M. Bettilyon regarding revisions to motion for sanctions; locate exhibits for motion. | L . Stevens | .40 | 110.00 |

**REDACTED**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/25/13 | Draft declaration in support of Orbit s Motion for Order of Contempt. | K . Herron | 1.50 | 187.50 |
| 06/26/13 | Revise motions for sanctions and order for contempt; organize exhibits for both; draft declaration of G. Butlers; conference with M. Bettilyon regarding motions; draft email to K. Herron regarding same. | L . Stevens | 2.60 | 715.00 |
| 06/27/13 | Draft changes to motion for terminating sanctions; telephone calls to G. Ericksen regarding same. | M . Bettilyon | 4.20 | 1596.00 |
| 06/27/13 | Prepare exhibits for Motion for Order of Contempt and finalize declaration in support of same; review and organize deposition exhibits. | K . Herron | 1.00 | 125.00 |
| 06/28/13 | Continue drafting changes to Hongchen motion for terminating sanctions. | M . Bettilyon | 4.50 | 1710.00 |
| 06/28/13 | Review and organize deposition exhibits. | K . Herron | 3.50 | 437.50 |

IA

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

August 8, 2013
Invoice No. 468301

For Legal Services Rendered Through July 31, 2013

Greg Ericksen

**REDACTED**

**REDACTED**

| 07/08/13 | Assist with preparation of Orbit's motion for terminating sanctions against Hougchen. | J . Diamanti | 5.20 | 676.00 |
|---|---|---|---|---|
| IA | | | | |

| 07/09/13 | | J . Diamanti | 2.00 | 260.00 |
|---|---|---|---|---|
| IA | ; assist with preparation of sanctions motion. | | 1.0 | 130.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/10/13 IA | Assist with preparation of sanctions memorandum in federal action. | J . Diamanti | .50 | 65.00 |
| 07/11/13 IA | Assist with preparation of sanctions memo; | J . Diamanti | ~~1.20~~ .70 | ~~156.00~~ 91.00 |
| 07/12/13 IA | Assist with preparation of sanctions memorandum. | J . Diamanti | .50 | 65.00 |
| 07/15/13 IA | Review memoranda concerning terminating sanctions (2.0); | M . Bettilyon | ~~3.50~~ 2.0 | ~~1330.00~~ 760.00 |

| 07/15/13 | Assist with preparation of sanctions memorandum and prepare exhibits in support of same. | J . Diamanti | 3.40 | 442.00 |
| IA | | | | |

| 07/17/13 | Conference with M. Bettilyon regarding need to revise declaration in support of motion for sanction against Hong Chen; exchange emails with K. Herron regarding available hearing transcript. | L . Stevens | .40 | 110.00 |
| IA | | | | |
| 07/17/13 | Continue preparation of sanctions motion. | J . Diamanti | 2.20 | 286.00 |
| IA | | | | |

REDACTED

| Date | Description | | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 07/18/13<br>IA | Revise and check citations in motion for sanctions against Hongchen; revise G. Butters declaration; draft G. Ericksen's declaration; draft email to M. Bettilyon regarding same. | | L . Stevens | 3.70 | 1017.50 |
| 07/22/13<br><br>IA | ;<br>review Hongchen motion for terminating sanctions; discussions with Liesel Stevens (1.2); | | M . Bettilyon | ~~2.50~~<br>1.2 | ~~950.00~~<br>456.00 |
| 07/22/13<br>IA | Conference with M. Bettilyon regarding revisions to motion for sanctions against HongChen. | | L . Stevens | .30 | 82.50 |
| 07/23/13<br>IA | Review Hongchen motion to terminating sanctions; send draft pleading to clients. | | M . Bettilyon | .80 | 304.00 |

REDACTED

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/23/13 IA | Research law regarding estoppel effect of guilty plea; revise motion for sanctions and supporting declarations; conference with M. Bettilyon regarding same; exchange emails with J. Diamanti, G. Butters and G. Ericksen regarding same. | L . Stevens | 2.80 | 770.00 |
| 07/23/13 IA | Assist with preparation of motion for sanctions. | J . Diamanti | 3.20 | 416.00 |
| 07/24/13 IA | Read emails from G. Ericksen regarding motion for sanctions. | L . Stevens | .20 | 55.00 |
| 07/25/13 IA | ; review and file Hongchen motion seeking terminating sanctions (2.0). | M . Bettilyon | ~~4.40~~ 2.0 | ~~1672.00~~ 760.00 |
| 07/25/13 IA | Revise, shepardize and cite check motion for sanctions against Hong Chen; review and check exhibits; revise declarations; exchange emails with G. Butters, G. Ericksen and M. Bettilyon regarding same; conference with J. Diamanti regarding exhibits. | L . Stevens | 4.40 | 1210.00 |

| REDACTED |
| --- |

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 07/25/13 IA | Assist with preparation of sanctions memorandum. | J . Diamanti | 4.70 | 611.00 |
| 07/26/13 IA | Draft changes to Hongchen motion for terminating sanctions (2.0); | M . Bettilyon | ~~2.50~~ 2.0 | ~~950.00~~ 760.00 |

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones                              September 12, 2013
kyliej@orbitonline.com                          Invoice No. 469887
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through August 29, 2013

REDACTED

08/06/13 Review documents produced by   J . Diamanti      .40      52.00
         Hongchen.

IA

**REDACTED**

| 08/19/13 | Read Hong Chen defendant's opposition to motion for sanctions. | L . Stevens | .20 | 55.00 |
| --- | --- | --- | --- | --- |
| IA | | | | |

REDACTED

| Date | Description | | | |
|---|---|---|---|---|
| 08/23/13 | Calendar deadline for response to Sunhills' opposition to motion for sanctions against Hong Chen; conference with M. Bettilyon regarding whether to file reply; | L . Stevens | ~~.50~~ | ~~137.50~~ |
| IA | | | .3 | 82.50 |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Jones                          November 7, 2013
kyliej@orbitonline.com                     Invoice No. 472271
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through October 31, 2013

**REDACTED**

**REDACTED**

| 10/09/13 | L . Stevens | ~~1.60~~ | ~~440.00~~ |
|----------|-------------|----------|------------|
|          |             | .40      | 110.00     |

IA

          ; conference with
M. Bettilyon regarding need
to draft reply in support of
sanctions motion against
Hong Chen; calendar
deadlines for reply brief

**REDACTED**

| 10/16/13 | Review motion for sanctions against Hong Chen and read Defendant's opposition brief in preparation for drafting reply; review motion exhibits and deposition transcripts. | L . Stevens | 2.20 | 605.00 |
|---|---|---|---|---|
| IA | | | | |
| 10/17/13 | Analyze memo of understanding and plea agreement for purpose of drafting reply memo; draft email to M. Bettilyon regarding analysis; telephone conference with M. Bettilyon regarding same. | L . Stevens | 1.00 | 275.00 |
| IA | | | | |
| 10/22/13 | Draft reply memo in support of motion for sanctions against Hong Chen. | L . Stevens | 2.20 | 605.00 |
| IA | | | | |

**REDACTED**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/23/13 IA | Draft reply memorandum. | L . Stevens | 2.80 | 770.00 |
| 10/23/13 IA | Review and print relevant emails regarding D. Katz documents. | K . Herron | .50 | 62.50 |
| 10/24/13 IA | ; draft changes to reply memorandum relating to Hongchen motion for terminating sanctions (1.5). | M . Bettilyon | ~~2.40~~ 1.5 | ~~912.00~~ 570.00 |
| 10/24/13 IA | Draft and revise reply memorandum in support of sanctions motion; conference with M. Bettilyon regarding same. | L . Stevens | 1.20 | 330.00 |
| 10/25/13 | | L . Stevens | ~~2.70~~ .30 | ~~742.50~~ 82.50 |

IA          ; read G.
       Ericksen's revision to reply
       memo.

| | | | | |
|---|---|---|---|---|
| 10/28/13 | Revise reply memo in support of motion for sanctions; review and assemble exhibits; review motion for leave to file exhibits under seal; | L . Stevens | ~~2.50~~ | ~~687.50~~ |
| IA | | | 2.0 | 550.00 |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 10/31/13 | ; review under seal exhibits to be filed in support of sanctions motion. | J . Diamanti | ~~1.20~~ | ~~156.00~~ |
| IA | | | .70 | 91.00 |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Jones
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT 84054

December 6, 2013
Invoice No. 473950

For Legal Services Rendered Through November 30, 2013

> **REDACTED**

| | | | | |
|---|---|---|---|---|
| 11/04/13 | Discussions regarding Hongchen's new catalog; review new catalog; discussions with Greg Ericksen regarding same. | M . Bettilyon | .80 | 304.00 |
| IA | | | | |

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

March 10, 2014
Invoice No. 478318

For Legal Services Rendered Through February 28, 2014

**REDACTED**

02/06/14 Review order received from    M . Bettilyon    ~~2.00~~   1092.00
         court in federal litigation
   IA    relating to terminating                          1.0       390.00
         sanctions against Hongchen
         (1.0);

**REDACTED**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

April 8, 2014
Invoice No. 479757

For Legal Services Rendered Through March 31, 2014

**REDACTED**

REDACTED

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/07/14 IA | ; review Orbit's motion for sanctions and Defendants' opposition; outline arguments for response to objections; begin drafting response. | L . Stevens | ~~2.50~~ 2.1 | ~~712.50~~ 598.50 |
| 03/08/14 IA | Draft response to Defendants' objections to Magistrate Order. | L . Stevens | 4.80 | 1368.00 |
| 03/10/14 IA | Read and revise memorandum in opposition to motion for attorneys' fees; conference with M. Bettilyon regarding revisions; review exhibits and arrange for filing. | L . Stevens | 1.20 | 342.00 |

| 03/19/14<br><br>IA | ;<br>prepare for upcoming hearing<br>relating to Hongchen motion<br>for terminating sanctions. | M . Bettilyon | ~~4.50~~<br>3.5 | ~~1755.00~~<br>1365.00 |
|---|---|---|---|---|
| 03/20/14<br><br>IA | Prepare for and attend<br>hearing before Judge Stewart<br>relating to terminating<br>sanctions against Hongchen. | M . Bettilyon | 3.50 | 1365.00 |

**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT  84111**



SALT LAKE

**LEGAL**

Litigation Document Solutions

**EIN 87-0682380**

# Invoice

Invoice Number:
110303

Invoice Date:
Apr 27, 2011

Page:
1

| Voice: | (801) 363-9000 |
|---|---|
| Fax: | (801) 363-9011 |

Sold To:
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385

Ship to:
JASMINE

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| RQN | | ORBIT | | Net 30 Days | |
| Sales Rep ID | | CSR | | Ship Date | Due Date |
| Martin | | SHANE | | 4/27/11 | 5/27/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 419.00 | SCAN | Scanning(SUMMATION, PDF) | 0.18 | 75.42 |
| 419.00 | SOCR | Scanning - OCR | 0.04 | 16.76 |
| 419.00 | SBB | Scanning - Blowbacks | 0.07 | 29.33 |
| 5.00 | PCD | Project CD | 10.00 | 50.00 |

| | |
|---|---|
| Subtotal | 171.51 |
| Sales Tax | 11.75 |
| Total Invoice Amount | 183.26 |
| Payment Received | |
| **TOTAL** | 183.26 |

Check No:

NAME **Mark Bettilyon**

DATE **12.28.11**

| TRAVEL ADVANCE $ |
|---|
| NO. |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | |
|---|---|---|---|---|---|---|---|---|
| Travel Date | | | | 12·7 | 12·8 | | | |
| City | | | | Rogers, AR | | | | TOTAL FOR WEEK |
| Lodging | | | | | | | | |
| Air, Rail, etc. | | | | $1901.80 $1901.80 | $248.59 | | | $4,052.19 |
| Car Rental | | | | | | | | |
| Local Taxi, Carfare,, Tolls, etc. | | | | $105.92 | | | | $105.92 |
| #1 Misc. Expenses Itemize Business | | | | | | | | |
| #2 Automobile Expenses Itemize Business | | | | | $14.00 | | | $14.00 |
| | | | | | | | EXPENSES TOTAL | $4,172.11 |
| Meals | | | | 8.62 21.00 | $19.00 | | | $48.62 |

ARE THERE ANY ADDITIONAL EXPENSES FROM ANY OTHER SOURCE INCIDENT TO THIS TRAVEL NOT PREVIOUSLY REPORTED?　☐ YES　☐ NO

MILEAGE 2002 @ _____ ¢ A MILE

DESCRIBE SOURCE _____

_____

| | |
|---|---|
| MEALS TOTAL | $48.62 |
| GRAND TOTAL | $4220.73 |
| LESS ADVANCE | |
| TOTAL REIMBURSEMENT | |

| #1  MISCELLANEOUS EXPENSES | | | #2 AUTOMOBILE EXPENSES | | |
|---|---|---|---|---|---|
| DATE | ITEMS | AMOUNT | DATE | MILEAGE-GAS, PARKING, REPAIRS | AMOUNT |
| | | | 12·8 | Parking | $14.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CLIENT NAME  **Orbit**

MATTER NAME  **Capener**

CLIENT # **29831 — 5**

671764v1

# Alexander Realtime Reporting

Alexander Realtime Reporting
P.O. Box 874
Rogers, AR  72757

(479)631-3888
SAlexReporter@gmail.com

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/20/2011 | 1558 |

| TERMS |
|-------|
| Due on receipt |

**BILL TO**

Mr. Mark M. Bettilyon
Ray Quinney & Nebeker
36 S. State St., Suite 1400
Salt Lake City, UT  84111

| Date | Description | Amount |
|------|-------------|--------|
| 12/08/2011 | ORBIT IRRIGATION PRODUCTS, INC. v. SUNHILLS INTERNATIONAL, LLC | |
| | Case No. 1:10-cv-00113 DB | |
| 12/08/2011 | Appearance Fee | 200.00 |
| 12/08/2011 | The Original and One Copy of the Transcript of the Videotaped Deposition of TIM MIKA | 788.50 |
| 12/08/2011 | Exhibits | 37.20 |
| 12/08/2011 | Exhibits - Color | 204.00 |

*Please pay*
*29831-5*

RECEIVED
DEC 2 8 2011
BY:

Thanks for your Business!!

| | |
|---|---|
| SUBTOTAL | $1,229.70 |
| SHIPPING | $10.00 |
| TOTAL | $1,239.70 |

(479)631-3888      Serving All Your Court Reporting Needs in Northwest Arkansas      www.AlexanderRealtime.vpweb.com

**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT  84111**

SALT LAKE
# LEGAL
**Litigation Document Solutions**

# Invoice

Invoice Number:
114751

Invoice Date:
Jan 9, 2012

Page:
1

| | |
|---|---|
| Voice: | (801) 363-9000 |
| Fax: | (801) 363-9011 |

**EIN 87-0682380**
Duplicate

**Sold To:**
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385

**Ship to:**
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385
JESSICA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT | 2% 10, Net 30 Days | |
| Sales Rep ID | CSR | Ship Date | Due Date |
| Martin | MARTIN | 1/9/12 | 2/8/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 843.00 | EDT | ED - Tiff Production | 0.10 | 84.30 |
| 2.00 | PCD | Project CD | 10.00 | 20.00 |

***PAYMENT TERMS REFLECT 2% 10, NET 30 DAYS.***
***THANK YOU FOR YOUR BUSINESS!***

Check No:    162860

| | |
|---|---|
| Subtotal | 104.30 |
| Sales Tax | 7.14 |
| Total Invoice Amount | 111.44 |
| Payment Received | 111.44 |
| **TOTAL** | 0.00 |

Signature
_____

Print Name
_____

Date Received _____

# SALT LAKE LEGAL

**Litigation Document Solutions**

**EIN 87-0682380**

**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT 84111**

Voice: (801) 363-9000
Fax: (801) 363-9011

# Invoice

Invoice Number:
115681

Invoice Date:
Feb 29, 2012

Page:
1

Sold To:
Ray, Quinney, & Nebeker
Attn: Leanne
PO BOX 45385
Salt Lake City, UT 84145-0385

Ship to:
Ray, Quinney, & Nebeker
Attn: Leanne
PO BOX 45385
Salt Lake City, UT 84145-0385
JASMINE

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT | 2% 10, Net 30 Days | |
| Sales Rep ID | CSR | Ship Date | Due Date |
| Martin | MARTIN | 2/29/12 | 3/30/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 854.00 | SCB | Scanning | 0.18 | 153.72 |
| 854.00 | SCO | Scanning - OCR | 0.04 | 34.16 |
| 1.00 | PCD | Project CD | 10.00 | 10.00 |

*PAYMENT TERMS REFLECT 2% 10, NET 30 DAYS.*
*THANK YOU FOR YOUR BUSINESS!*

Check No:

| | |
|---|---|
| Subtotal | 197.88 |
| Sales Tax | 13.55 |
| Total Invoice Amount | 211.43 |
| Payment Received | |
| **TOTAL** | 211.43 |

Signature

_____

Print Name

_____

Date Received _____



**Salt Lake Legal, LLC**
40 East 100 South, Suite #100
Salt Lake City, UT  84111

Voice:    (801) 363-9000
Fax:       (801) 363-9011

EIN 87-0682380

# Invoice

Invoice Number:
115735

Invoice Date:
Mar 2, 2012

Page:
1

Sold To:
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385

Ship to:
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385
JASMINE

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT | 2% 10, Net 30 Days | |
| Sales Rep ID | CSR | Ship Date | Due Date |
| Martin | MARTIN | 3/2/12 | 4/1/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,490.00 | SBNP | Scanning - Build New Project/ IMPORT IMAGES | 0.02 | 29.80 |
| 253.00 | SCB | Scanning | 0.17 | 43.01 |
| 1,742.00 | SCO | Scanning - OCR | 0.04 | 69.68 |
| 11.00 | PCD | Project CD | 10.00 | 110.00 |

**AS OF OCTOBER 1ST, PAYMENT TERMS HAVE CHANGED TO REFLECT A 2% NET 10 DISCOUNT.  THANK YOU FOR YOUR BUSINESS!**

Check No:

| | |
|---|---|
| Subtotal | 252.49 |
| Sales Tax | 17.30 |
| Total Invoice Amount | 269.79 |
| Payment Received | |
| **TOTAL** | 269.79 |

Signature

_____

Print Name

_____

Date Received  _____

**SALT LAKE LEGAL**

LEGAL SUPPORT SERVICES

**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT 84111**

Voice: (801) 363-9000
Fax: (801) 363-9011

**EIN 87-0682380**

# Invoice

Invoice Number:
116889

Invoice Date:
May 7, 2012

Page:
1

Sold To:
Ray, Quinney, & Nebeker
Attn: Leanne
PO BOX 45385
Salt Lake City, UT 84145-0385

Ship to:
Ray, Quinney, & Nebeker
Attn: Leanne
PO BOX 45385
Salt Lake City, UT 84145-0385
JASMINE

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT | 2% 10, Net 30 Days | |
| Sales Rep ID | CSR | Ship Date | Due Date |
| Martin | MARTIN | 5/7/12 | 6/6/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,493.00 | EDT | ED - Tiff Production | 0.10 | 149.30 |
| 9.00 | EDDD | PROJECT CD | 10.00 | 90.00 |

AS OF OCTOBER 1ST, PAYMENT TERMS HAVE CHANGED TO
REFLECT A 2% NET 10 DISCOUNT. THANK YOU FOR YOUR
BUSINESS!

Check No:

| | |
|---|---|
| Subtotal | 239.30 |
| Sales Tax | 16.39 |
| Total Invoice Amount | 255.69 |
| Payment Received | |
| **TOTAL** | 255.69 |

Signature

Print Name

Date Received _____

EXPENSE REPORT

NAME  Mark Bethlyon

DATE  May 24, 2012

TRAVEL ADVANCE $_____

NO. _____

| Travel Date | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | |
|---|---|---|---|---|---|---|---|---|
| | | | 5·15 | 5·16 | 5·17 | | | |
| City | | | Fayetteville, Arkansas | | | | | TOTAL FOR WEEK |
| Lodging | | | $2350.70 $2350.70 | | | | | $4701.40 |
| Air, Rail, etc. | | | | | | | | |
| Car Rental | | | | | | | | |
| Local Taxi, Carfare, Tolls, etc. | | | | | | | | |
| #1 Misc. Expenses Itemize Business | | | | | | | | |
| #2 Automobile Expenses Itemize Business | | | | | | | | |
| | | | | | | | EXPENSES TOTAL | $4701.40 |
| Meals | | | | | | | | |

ARE THERE ANY ADDITIONAL EXPENSES FROM ANY OTHER SOURCE INCIDENT TO THIS
TRAVEL NOT PREVIOUSLY REPORTED?   ☐ YES   ☐ NO

MILEAGE 2002 @ ____ ¢ A MILE

DESCRIBE SOURCE _____

_____

MEALS TOTAL _____

GRAND TOTAL _____

LESS ADVANCE _____

TOTAL REIMBURSEMENT _____

| #1 MISCELLANEOUS EXPENSES | | | #2 AUTOMOBILE EXPENSES | | |
|---|---|---|---|---|---|
| DATE | ITEMS | AMOUNT | DATE | MILEAGE-GAS, PARKING, REPAIRS | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CLIENT NAME  Omni

MATTER NAME  Capener

CLIENT # 29831 - 85

# EXPENSE REPORT

Accounting Purposes Only

NAME __Mark Bethilyon__

DATE __July 23, 2012__

TRAVEL ADVANCE $_____

NO. _____

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | |
|---|---|---|---|---|---|---|---|---|
| Travel Date | 5·20 | 5·21 | 5·22 | | | | | |
| City | Fayetteville, AR / Charlotte, NC<br>Santa Ana, CA | | | | | | | TOTAL FOR WEEK |
| Lodging | | 214.69<br>214.69 | 158.96<br>310.00 | | | | | $898.28 |
| Air, Rail, etc. | 585.10<br>585.10<br>69.00 | 417.80<br>417.80<br>464.50 | 668.10<br>668.10 | | | | | $3,875.80 |
| Car Rental | | 80.65 | | | | | | $80.65 |
| Local Taxi, Carfare, Tolls, etc. | | | | | | | | |
| #1 Misc. Expenses Itemize Business | $35.00<br>$35.00 | $35.00<br>$35.00 | 8.50 | | | | | $113.50 |
| #2 Automobile Expenses Itemize Business | | | | | | | | |
| | | | | | | EXPENSES TOTAL | | $4,968.23 |
| Meals | | $2.11 | | | | | | $2.11 |

ARE THERE ANY ADDITIONAL EXPENSES FROM ANY OTHER SOURCE INCIDENT TO THIS TRAVEL NOT PREVIOUSLY REPORTED?  ☐ YES  ☐ NO

MILEAGE 2002 @ ____ ¢ A MILE

DESCRIBE SOURCE _____

_____

_____

MEALS TOTAL __2.11__

GRAND TOTAL __4,970.34__

LESS ADVANCE _____

TOTAL REIMBURSEMENT _____

## #1 MISCELLANEOUS EXPENSES

| DATE | ITEMS | AMOUNT |
|---|---|---|
| 5·20·12 | Service Fee for Travel | $35.00 |
| | Arrangements | $35.00 |
| 5·21·12 | Service Fee for Travel | |
| | Arrangements | $85.00 |
| 5·22·12 | Inflight - Internet | $8.50 |

## #2 AUTOMOBILE EXPENSES

| DATE | MILEAGE-GAS, PARKING, REPAIRS | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CLIENT NAME __Orbit Irrigation__

MATTER NAME __Janice Capener__

CLIENT # __29831__  -  __5__



**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT 84111**

| Voice: | (801) 363-9000 |
| Fax: | (801) 363-9011 |

# Invoice

Invoice Number:
121403

Invoice Date:
Mar 18, 2013

Page:
1

**EIN 87-0682380**

Duplicate

| Sold To: | Ship to: |
| Ray, Quinney, & Nebeker | Ray, Quinney, & Nebeker |
| Attn: Leanne | Attn: Leanne |
| PO BOX 45385 | PO BOX 45385 |
| Salt Lake City, UT 84145-0385 | Salt Lake City, UT 84145-0385 |
| | CARRIE HERRON |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT | 2% 10, Net 30 Days | |
| **Sales Rep ID** | **CSR** | **Ship Date** | **Due Date** |
| Martin | Martin | 3/18/13 | 4/17/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 244.00 | SBNP | Scanning - Build New Project | 0.02 | 4.88 |
| 244.00 | SCO | Scanning - OCR | 0.04 | 9.76 |
| 6.00 | PCD | Project CD | 10.00 | 60.00 |

**AS OF OCTOBER 1ST, PAYMENT TERMS HAVE CHANGED TO REFLECT A 2% NET 10 DISCOUNT. THANK YOU FOR YOUR BUSINESS!**

Check No: 166592

Signature _____

Print Name _____

| Subtotal | 74.64 |
| Sales Tax | 5.11 |
| Total Invoice Amount | 79.75 |
| Payment Received | 79.75 |
| **TOTAL** | 0.00 |

Date Received _____



**Salt Lake Legal, LLC**
**40 East 100 South, Suite #100**
**Salt Lake City, UT  84111**

Voice:  (801) 363-9000
Fax:    (801) 363-9011

**EIN 87-0682380**
Duplicate

# Invoice

Invoice Number:
121903

Invoice Date:
Apr 17, 2013

Page:
1

Sold To:
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385

Ship to:
Ray, Quinney, & Nebeker
Attn:  Leanne
PO BOX 45385
Salt Lake City, UT  84145-0385
CARRIE

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RQN | ORBIT V. CAPENER | 2% 10, Net 30 Days | |
| Sales Rep ID | CSR | Ship Date | Due Date |
| Martin | Martin | 4/17/13 | 5/17/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 737.00 | EDT | ED - Tiff Production | 0.10 | 73.70 |
| 737.00 | EDBB | Ed - Blow Backs | 0.08 | 58.96 |
| 2.00 | PCD | Project CD | 10.00 | 20.00 |

**AS OF OCTOBER 1ST, PAYMENT TERMS HAVE CHANGED TO REFLECT A 2% NET 10 DISCOUNT.  THANK YOU FOR YOUR BUSINESS!**

Check No:  166764

| | |
|---|---|
| Subtotal | 152.66 |
| Sales Tax | 10.46 |
| Total Invoice Amount | 163.12 |
| Payment Received | 163.12 |
| **TOTAL** | 0.00 |

Signature _____

Print Name _____

Date Received _____