Exhibit 1

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

October 5, 2010

Invoice #10081

| | | | | |
|---|---|---|---|---|
| 09/02/10<br>*B1* | Draft/research/prepare/correspondence –<br>Scheduling Order –<br>Bell; Benard; Shapiro; Bettilyon; Berger | GSE | 1.50 | 412.50 |
| 09/17/10<br>*B1* | Correspondence – T-Mobile subpoena – Berger | GSE | .50 | 137.50 |
| 09/21/10<br>*B1* | Review/revise/subpoenas – Yahoo; Microsoft/T-Mobile | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

April 5, 2011

Invoice #10087

| Date | Description | | | |
|---|---|---|---|---|
| 03/03/11 B3 | Correspondence – Schwanz – Lowes – subpoenas | GSE | .75 | 206.25 |
| 03/17/11 B3 | Correspondence – discussions – Kendall – Wal-Mart – Subpoenas | GSE | .50 | 137.50 |
| 03/19/11 B3 | Correspondence – Rodriguez – Home Depot – subpoenas | GSE | .75 | 206.25 |
| 03/26/11 B3 | Further discussions – Schwanz Lowes – subpoenas | GSE | .50 | 137.50 |
| 03/26/11 B3 | Further discussions – Rodriguez – Home Depot/subpoenas | GSE | .50 | 137.50 |
| 03/26/11 B3 | Further discussions – Kendall – Wal-Mart – subpoenas | GSE | .50 | 137.50 |
| 03/29/11 B3 | Correspondence – Ghali – Home Depot subpoenas | GSE | .50 | 137.50 |
| 03/30/11 B3 | Further discussions – Ghali – Home Depot subpoenas | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

May 5, 2011

Invoice #10088

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/04/11<br>B3 | Correspondence – Ghali – Home Depot – Subpoenas | GSE | .50 | 137.50 |
| 04/05/11<br>B3 | Further discussions – Ghali – Home Depot – Subpoenas | GSE | .25 | 68.75 |
| 04/13/11<br>D2 | Changes to interrogatories and document production –<br>w/Bettilyon | GSE | 1.25 | 343.75 |
| 04/13/11<br>B3 | Catalog/Chronological data – Home Depot | DE | 4.75 | 356.25 |
| 04/14/11<br>B3 | Review of Home Depot documents | GSE | 3.5 | 962.50 |
| 04/29/11<br>A2 | Prepare for upcoming hearing – Bettilyon | GSE | 2.5 | 687.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

June 5, 2011

Invoice #10089

| Date | Description | | | |
|---|---|---|---|---|
| 05/02/11 *A2* | Prepare for upcoming hearing | GSE | 2.75 | 756.25 |
| 05/02/11 *A2* | Confer power-point for hearing | GSE | 2.25 | 618.75 |
| 05/03/11 *A2* | Prepare for and attend hearing | GSE | 5.50 | 1,512.50 |
| 05/06/11 *A2* | Catalog/Chronological pleadings/data -- hearing | DE | 6.50 | 487.50 |
| 05/06/11 *D2* | Discovery requests/finalize discovery requests -- Sunhills | GSE | 2.50 | 687.50 |
| 05/06/11 *B3* | Correspondence/confer -  Ghali -- Home Depot | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

July 5, 2011

Invoice #10090

| Date | Description | | Hours | Amount |
|------|-------------|-----|-------|--------|
| 06/01/11 *D1* | Conference call/communications w/Scott Bell – 30(b)(6) deposition | GSE | .50 | 137.50 |
| 06/07/11 *D1* | Communications w/Scott – 30(b)(6) deposition | GSE | .25 | 68.75 |
| 06/08/11 *B4* | Communications w/Quashnic – Studio Cue – subpoena, documents, digital files | GSE | 1.50 | 412.50 |
| 06/13/11 *B3* | Wal-Mart document review responsive to subpoena | GSE | .75 | 206.25 |
| 06/20/11 *B4* | Catalog/Chronological Studio Cue documents | DE | 2.50 | 187.50 |
| 06/21/11 *B3* | Catalog/Chronological Wal-Mart documents | DE | 1.50 | 112.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

August 5, 2011

Invoice #10091

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/07/11 B2 | Catalog/Chronological Crump documents | DE | 1.25 | 93.75 |
| 07/08/11 B3 | Catalog/Chronological Wal-Mart documents | DE | .75 | 56.25 |
| 07/08/11 B3 | Communication w/Lowes -- Schwanz -- discovery | GSE | .50 | 137.50 |
| 07/12/11 B2 | Document review -- Crump | GSE | 1.50 | 412.50 |
| 07/16/11 D1 | Document review -- Crump deposition | GSE | 2.50 | 687.50 |
| 07/18/11 D1 | Preparation for upcoming depositions | GSE | 2.50 | 687.50 |
| 07/19/11 D1 | Communications w/Bell -- Capener 30(b)(6) deposition | GSE | .75 | 206.25 |
| 07/20/11 D1 | Prepare for and attend Janice Capener deposition | GSE | 6.00 | 1650.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

September 5, 2011

Invoice #10092

REDACTED

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

October 5, 2011

Invoice #10093

| Date | Description | | | |
|---|---|---|---|---|
| 09/05/11 B5 | Confer discovery requests – Bettilyon | GSE | .75 | 206.25 |
| 09/12/11 B5 | Dong Fang discovery requests | GSE | .50 | 137.50 |
| 09/21/11 B2 | Crump deposition preparation | GSE | 1.25 | 343.75 |
| 09/23/11 B2 | Continued Crump deposition preparation | GSE | 1.50 | 412.50 |
| 09/27/11 B2 | Prepare for and attend Crump deposition | GSE | 6.50 | 1787.50 |
| 09/27/11 B2 | Prepare for and attend Crump deposition | DE | 6.50 | 487.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

November 5, 2011

Invoice #10094

| Date | Description | | | |
|------|-------------|------|-----|--------|
| 10/07/11<br>*A1* | Communications regarding Janice contempt issues | GSE | .75 | 206.25 |
| 10/20/11<br>*B5* | Confer regarding Dong Fang discovery requests | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

December 5, 2011

Invoice #10095

| Date | Description | | | |
|------|-------------|---|---|---|
| 11/07/11 B6 | Confer regarding Tim Mica subpoena | GSE | .50 | 137.50 |
| 11/08/11 A3 | Confer regarding response to Motion to Compel | GSE | 1.00 | 275.00 |
| 11/10/11 B2 | Confer regarding Crump deposition | GSE | 1.75 | 481.25 |
| 11/11/11 B2 | Assist with Crump deposition prep | DE | 1.00 | 75.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

January 5, 2012

Invoice #10096

| Date | | Description | | | |
|------|---|-------------|-----|------|--------|
| 12/05/11<br>*A3* | Confer Orbit's Motion to Compel -- Bettilyon | GSE | .75 | 206.25 |
| 12/06/11<br>*B6* | Confer regarding Arkansas deposition – Bettilyon | GSE | .25 | 68.75 |
| 12/06/11<br>*B6* | Prepare for and travel to deposition in Arkansas | GSE | 5.00 | 1375.00 |
| 12/07/11<br>*B6* | Confer regarding Wisdom subpoena; Wisdom document additional requests | GSE | 1.00 | 275.00 |
| 12/08/11<br>*B6* | Prepare for attend Mika deposition | GSE | 6.00 | 1650.00 |
| 12/28/11<br>*B7* | Communications regarding notice of subpoenas and Third-parties | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

February 5, 2012

Invoice #10097

| Date | Description | | | |
|------|-------------|------|------|--------|
| 01/10/12<br>B6 | Review Wisdom documents | GSE | 1.50 | 412.50 |
| 01/12/12<br>B6 | Catalog/Chronological data – Wisdom documents | DE | 4.50 | 337.50 |
| 01/17/12<br>B3 | Communication/Confer – Home Depot subpoena – Bold | GSE | 1.25 | 343.75 |
| 01/18/12<br>B1 | Communication/Confer – Microsoft; Yahoo;<br>Crown Partners; AT&T & Arvest Bank subpoenas | GSE | 1.50 | 412.50 |
| 01/20/12<br>B1 | Communication/Confer – subpoenas - Curran; Stevens;<br>Bettilyon | GSE | .50 | 137.50 |
| 01/23/12<br>B1 | Communications/Confer/Respond – Noticed Subpoenas<br>Parrish | GSE | .50 | 137.50 |
| 01/27/12<br>B5 | Confer Dong Fang discovery requests | GSE | 1.75 | 481.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

March 5, 2012

Invoice #10098

| Date | Description | | | |
|------|-------------|------|------|--------|
| 02/01/12 B3 | Attorney Conference on Lowes Production | GSE | .75 | 206.25 |
| 02/01/12 B5 | Confer regarding discovery requests to Hong Chen | GSE | 1.25 | 343.75 |
| 02/03/12 B1 | Subpoena/service of same – Yahoo | GSE | .75 | 206.25 |
| 02/03/12 B1 | Subpoena/service of same – Microsoft | GSE | .75 | 206.25 |
| 02/09/12 B6 | Confer – Shemin letter – Mika – further deposition Bettilyon | GSE | .50 | 137.50 |
| 02/12/12 B5 | Catalog/Chronological documents – Hong Chen | DE | 4.75 | 356.25 |
| 02/15/12 B6 | Confer – Mika bank records; documents – Bettilyon | GSE | .75 | 206.25 |
| 02/29/12 B3 | Confer – Strategy for scheduling Wal-Mart deposition; | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

April 5, 2012

Invoice #10099

| Date | Description | | | |
|------|-------------|---|---|---|
| 03/16/12 B3 | Communication – Home Depot – documents – Bold | GSE | .75 | 206.25 |
| 03/16/12 B3 | Confer regarding deposition of Heilman/Wal-Mart - Bettilyon | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
    Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

May 5, 2012

Invoice #10101

| Date | | Description | | | |
|---|---|---|---|---|---|
| 04/09/12 | B1 | Revised Microsoft subpoena/service of same | GSE | .75 | 206.25 |
| 04/11/12 | B1 | Catalog/Chronological documents – AT&T; ARVEST; Crown Partners | DE | 3.25 | 243.75 |
| 04/12/12 | B5 | Confer changes to discovery requests – federal - Bettilyon | GSE | .75 | 206.25 |
| 04/14/12 | B5 | Further communications regarding discovery requests federal case – Bettilyon | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

June 5, 2012

Invoice #10102

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 05/14/12 *B3* | Catalog/Chronological documents -- Wal-Mart | DE | 1.50 | 112.50 |
| 05/14/12 *B3* | Confer -- Wal-Mart deposition documents | GSE | 1.75 | 481.25 |
| 05/20/12 *B6* | Prepare for and travel -- Mica & Wisdom meetings | GSE | 7.00 | 1925.00 |
| 05/22/12 *B8* | Prepare for and attend -- Eller meeting | GSE | 2.50 | 687.50 |
| 05/23/12 *B8* | Confer regarding Mika, Eller Wisdom declarations | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

July 5, 2012

Invoice #10103

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/18/12 *B8* | Confer regarding Eller declaration – Bettilyon | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

August 5, 2012

Invoice #10104

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 07/06/12 *B6* | Catalog/Chronological documents – Eller | DE | 1.25 | 93.75 |
| 07/17/12 *B6* | Confer – regarding Katz – Nadeau | GSE | .75 | 206.25 |
| 07/18/12 *B9* | Confer – regarding Costco & Melnor subpoenas | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

September 5, 2012

Invoice #10105

| Date | Description | | | |
|------|-------------|---|---|---|
| 08/02/12 B6 | Confer – Wisdom production – Diamanti | GSE | .50 | 137.50 |
| 08/03/12 B6 | Communications/Confer – Mika production – Bettilyon | GSE | .75 | 206.25 |
| 08/06/12 A4 | Confer – Revisions to Memorandum in Support of Motion to Compel – Stevens | GSE | .50 | 137.50 |
| 08/10/12 B5 | Confer – Luo Jun's involvement in conspiracy | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

February 5, 2013

Invoice #10110

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 01/07/13 A5 | Confer regarding additional discovery for Janice Capener | GSE | .75 | 206.25 |
| 01/09/13 A5 | Confer regarding J. Capener discovery issues | GSE | .50 | 137.50 |
| 01/14/13 B7 | Confer regarding Commonwealth subpoena | GSE | .75 | 206.25 |
| 01/16/13 B11 | Confer regarding deposition of Janice Capener | GSE | 1.25 | 343.75 |
| 01/16/13 B11 | Assist in exhibits for Janice Capener deposition | DE | 1.50 | 112.50 |
| 01/25/13 B7 | Review Commonwealth documents | GSE | 1.25 | 343.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

March 5, 2013

Invoice #10111

| Date | Description | | | |
|---|---|---|---|---|
| 02/06/13<br>*B11* | Confer regarding upcoming Janice Capener deposition | GSE | 1.50 | 412.50 |
| 02/07/13<br>*B11* | Prepare for and attend Janice Capener deposition | GSE | 3.00 | 825.00 |
| 02/07/13<br>*B11* | Attend Janice Capener deposition | DE | 3.00 | 225.00 |
| 02/11/13<br>*A5* | Correspondence regarding San Diego inventory | GSE | 1.25 | 343.75 |
| 02/11/13<br>*A4* | Confer regarding Dan Capener deposition issues | GSE | .75 | 206.25 |
| 02/14/13<br>*A5* | Confer regarding State Court motion to preserve evidence | GSE | .50 | 137.50 |
| 02/25/13<br>*A5* | Confer regarding Protective Order to preserve San Diego warehouse evidence | GSE | .75 | 206.25 |
| 02/28/13<br>*A5* | Correspondence regarding San Diego warehouse evidence | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
    Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

April 5, 2013

Invoice #10112

| Date | Description | | | |
|---|---|---|---|---|
| 03/01/13<br>*A4* | Confer regarding Dan Capener's discovery issues | GSE | .25 | 68.75 |
| 03/05/13<br>*A5* | Correspondence regarding San Diego inventory | GSE | 1.25 | 343.75 |
| 03/07/13<br>*A4* | Correspondence regarding Dan Capener deposition/ discovery discrepancies | GSE | 2.25 | 618.75 |
| 03/11/13<br>*A5* | Correspondence regarding San Diego inventory | GSE | .75 | 206.25 |
| 03/11/13<br>*B10* | Confer regarding Hintze & R. Capener subpoenas | GSE | .75 | 206.25 |
| 03/14/13<br>*B7* | Catalog/Chronological data – Commonwealth documents | DE | 2.75 | 206.25 |
| 03/18/13<br>*C* | Confer regarding motion for terminating sanctions | GSE | 1.25 | 343.75 |
| 03/21/13<br>*C* | Confer regarding memorandum for terminating sanctions | GSE | 1.50 | 412.50 |
| 03/25/13 | Confer regarding memorandum for terminating sanctions | GSE | 1.25 | 343.75 |

*C*

03/28/13    Confer/review Motion for Terminating Sanctions    GSE    2.25    618.75
*C*

03/28/13    Communications regarding Tim Mika declaration    GSE    .75    206.25
*B6*

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

May 5, 2013

Invoice #10113

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/01/13<br>*C* | Confer regarding subpoenas; motion for terminating sanctions | GSE | 2.25 | 618.75 |
| 04/01/13<br>*C* | Confer regarding motion for terminating sanctions | GSE | 1.25 | 343.75 |
| 04/11/13<br>*B10* | Confer regarding Hintze depositions | GSE | .75 | 206.25 |
| 04/15/13<br>*B6* | Communications regarding Commonwealth; Mika & Wisdom schedule and missing discovery | GSE | .75 | 206.25 |
| 04/15/13<br>*C* | Confer regarding motion for sanctions | GSE | 1.25 | 343.75 |
| 04/17/13<br>*B7* | Meeting with Collins/Commonwealth | GSE | 1.00 | 275.00 |
| 04/17/13<br>*B6* | Meeting with Tim Mica and Mike Wisdom | GSE | 1.00 | 275.00 |
| 04/19/13<br>*C* | Confer regarding motion for sanctions | GSE | 2.75 | 756.25 |
| 04/23/13<br>*C* | Communications regarding motion for sanctions; revised scheduling orders | GSE | .75 | 206.25 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/26/13<br>*A5* | Correspondence regarding San Diego warehouse | GSE | .75 | 206.25 |
| 04/29/13<br>*C* | Confer regarding motion for terminating sanctions | GSE | 2.75 | 756.25 |
| 04/30/13<br>*C* | Continued conferring regarding motion for terminating sanctions | GSE | 1.50 | 412.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

July 5, 2013

Invoice #10115

| Date | Code | Description | Atty | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 06/17/13 | B10 | Correspondence regarding Hintze's & R. Capener production/depositions | GSE | 1.25 | 343.75 |
| 06/17/13 | IA | Confer regarding information for drafting terminating sanctions memorandum against HongChen | GSE | .50 | 137.50 |
| 06/19/13 | B3 | Confer regarding Brady customer subpoenas | GSE | .75 | 206.25 |
| 06/25/13 | B10 | Confer regarding motion to compel and for sanctions regarding Hintze | GSE | .50 | 137.50 |
| 06/27/13 | IA | Confer regarding changes to motion for terminating sanctions against HongChen | GSE | .75 | 206.25 |
| 06/28/13 | IA | Continued changes to HongChen motion for terminating sanctions | GSE | 1.25 | 343.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

August 5, 2013

Invoice #10116

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/15/13<br>IA | Confer regarding memoranda concerning terminating sanctions | GSE | .50 | 137.50 |
| 07/16/13<br>C | Confer/review memoranda responding to motion for terminating sanctions | GSE | .75 | 206.25 |
| 07/22/13<br>IA | Further review of HongChen motion for terminating sanctions | GSE | .25 | 68.75 |
| 07/24/13<br>IA | Communications regarding HongChen motion for terminating sanctions | GSE | .75 | 206.25 |
| 07/25/13<br>IA | Declaration/communications regarding sanction against HongChen | GSE | 1.50 | 412.50 |
| 07/26/13<br>C | Confer regarding declaration/Motion for Sanctions | GSE | .75 | 206.25 |
| 07/26/13<br>IA | Correspondence – Brady regarding sanctions | GSE | 1.25 | 343.75 |
| 07/26/13<br>IA | Confer regarding changes to motion for terminating sanctions against HongChen | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

September 5, 2013

Invoice #10117

| Date | Code | Description | | | |
|------|------|-------------|---|---|---|
| 08/01/13 | IA | Correspondence – Brady regarding motion for terminating sanctions | GSE | 1.50 | 412.50 |
| 08/06/13 | C | Confer regarding reply memo in support of motion for sanctions | GSE | 1.75 | 481.25 |
| 08/06/13 | IA | Communications regarding federal motion for terminating sanctions – Stevens | GSE | .50 | 137.50 |
| 08/12/13 | IA | Communications regarding Motion for Terminating Sanctions – Alba | GSE | .50 | 137.50 |
| 08/13/13 | C | Confer regarding changes to reply memorandum relating to motion for terminating sanction in state court | GSE | 2.50 | 687.50 |
| 08/15/13 | C | Continued conference/review of reply memorandum | GSE | 2.75 | 756.25 |
| 08/15/13 | C | Exhibits for reply memorandum | DE | 2.25 | 168.75 |
| 08/29/13 | B10 | Confer regarding R. Capener motion | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

November 5, 2013

Invoice #10119

| Date | A/I | Description | Initials | Hours | Amount |
|------|-----|-------------|----------|-------|--------|
| 10/01/13 | A6 | Confer regarding state motion to compel | GSE | 1.25 | 343.75 |
| 10/07/13 | A6 | Assist with motion to compel | DE | 2.25 | 168.75 |
| 10/09/13 | A6 | Communications regarding revisions to state motion | GSE | .75 | 206.25 |
| 10/22/13 | B10 | Review Richard Capener; Hintze's emails/productions | GSE | 1.25 | 343.75 |
| 10/24/13 | IA | Revisions to reply memo in support of Motion for Terminating Sanctions | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
　　　Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

December 5, 2013

Invoice #10120

| Date | Task | | Description | Atty | Hours | Amount |
|------|------|--|-------------|------|-------|--------|
| 11/04/13 | *IA* | | Discussions regarding HongChen's new catalog; review | GSE | .75 | 206.25 |
| 11/06/13 | *A6* | | Confer regarding reply memorandum relating to state case motion to compel | GSE | .75 | 206.25 |
| 11/12/13 | *A6* | | Confer/review w/Stevens regarding privilege log | DE | 1.25 | 93.75 |
| 11/13/13 | *A6* | | Further confer/review w/Stevens regarding privilege log | DE | .75 | 56.25 |
| 11/15/13 | *C* | | Confer regarding upcoming hearing on terminating sanctions | GSE | 1.75 | 481.25 |
| 11/20/13 | *C* | | Continued preparation for hearing regarding terminating sanctions | GSE | 2.25 | 618.75 |
| 11/20/13 | *C* | | Assist in exhibit preparation for hearing regarding terminating sanctions | DE | 2.75 | 206.25 |
| 11/22/13 | *C* | | Continued preparation for hearing regarding terminating sanctions | GSE | 4.75 | 1306.25 |
| 11/25/13 | *C* | | Prepare for and attend hearing on motion for terminating sanctions | GSE | 6.00 | 1650.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

March 5, 2014

Invoice #10123

| Date | Description | | | |
|------|-------------|---|---|---|
| 02/06/14 | Confer regarding order to Terminate Sanctions against | | | |
| IA | HongChen | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

April 5, 2014

Invoice #10124

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/19/14 | IA | Confer for hearing relating to HongChen motion for Terminating Sanctions | GSE | 1.25 | 343.75 |
| 03/20/14 | IA | Prepare for and attend Hearing relating to Terminating Sanctions against HongChen | GSE | 3.00 | 825.00 |

# (Orbit) Credit Card Report

**Name:** Greg Ericksen
1296-077573-12009

| DATE | PAID TO | Amount | Receipt Attached? | Travel - 6430 | Meals/Ent. - 6435 | Gas Purchases - 6440 | Supplies - 6500 | Postage/Fedex - 6510 | Printing - 6515 | Prof. Fees - 6517 | Repair/Maint - 6520 | Rent - 6530 | Phone - 6540 | Misc - 6570 | Others - Record GL Code | Date | Detailed EXPLANATION/PURPOSE of expense |
|------|---------|--------|-------------------|---------------|-------------------|---------------------|-----------------|----------------------|-----------------|-------------------|---------------------|-------------|--------------|-------------|-------------------------|------|------------------------------------------|
| 12/8/2011 | OFFICEMAX, INC. 0841 WOODS CROSS UT REF# 084164680000 | 16.89 | Y | X | | | | | | | | | | | | | Orbit v Janice Capener |
| 12/9/2011 | NORTHWEST ARKANSAS ROGERS AR FO# 00005382 LOCK | 285.78 | Y | X | | | | | | | | | | | | | Orbit v Janice Capener - Tim Mika Deposition - Bentonville, Arkansas |
| 12/9/2011 | PAYMENT RECEIVED - THANK YOU 1209 | | | | | | | | | | | | | | | | |
| 12/9/2011 | OFFICE DEPOT 000662 ROGERS AR 662048263 RETAIL 7275 | 183.97 | N | | | | | | X | | | | | | | | Orbit v Janice Capener - Tim Mika Deposition - printing |
| 12/10/2011 | OFFICEMAX, INC. 0841 WOODS CROSS UT REF# 084131480 | 51.70 | Y | | | | | | X | | | | | | | | Orbit v Janice Capener |
| 12/21/2011 | OFFICEMAX, INC. 0841 WOODS CROSS UT REF# 084167900 | 70.00 | Y | | | | | | X | | | | | | | | Orbit v Janice Capener |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

**Total**

| GL Codes Summary | Expense |
|------------------|---------|
| Travel - 6430 | 295.78 |
| Meals/Ent. - 6435 | 0.00 |
| Gas Purchases - 6440 | 0.00 |
| Supplies - 6500 | 0.00 |
| Postage/Fedex - 6510 | 0.00 |
| Printing - 6515 | 322.56 |
| Prof. Fees - 6517 | 0.00 |
| Repair/Maint - 6520 | 0.00 |
| Rent - 6530 | 0.00 |
| Phone - 6540 | 0.00 |
| Misc - 6570 | 0.00 |
| Others - Record GL Code | 0.00 |
| Balance | 0.00 |

Employee Signature: Greg Ericksen

Manager Approval: _____

Revised 03/04/04

Greg Ericksen
Expenses:     Orbit v Capener
Personal Visa:

Fairmont Newport Beach – Witness Dick Katz          $235.48     – 5/21-22-2013

Alamo Rental Car – LAX                                154.71

Abuelo's – dining – Bettilyon, Ericksen,
                    Matt Mann                          53.09

Chevron – gas                                          10.52


                              Total:          $453.80

                                               rcut
                                                6/4