Exhibit 1

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn:  Greg Erickson                              February 16, 2011
1065 S. 500 W., #101                              Invoice No. 424280
Bountiful, UT  84010

For Legal Services Rendered Through January 28, 2011

# Redacted

01/03/11 Review materials provided by    A . Berger        2.20      682.00
         Orbit concerning Dongfang;
         office conference with M. M.
         Bettilyon regarding same and
         strategy; work on portion
         for protective order.

| 01/04/11 | Draft letter to Dong Fang regarding breaches; research issues concerning UCC breaches; review agreement for further information; interoffice conferences regarding drafting memorandum to put in place a protective order; review of patents for potential claims of infringement; interoffice conferences regarding same. | M . Bettilyon | 4.70 | 1692.00 |
| 01/04/11 | Discussing case with M. Bettilyon; reviewing supplier agreement and e-mails between Orbit and Dongfang for contract breaches; researching and outlining Orbit's contract remedies under supplier agreement and UCC; reviewing letter drafts; revising to include specific performance language; researching deposit of funds in court in breach of contract actions. | M . McKinney | 5.50 | 990.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 01/05/11 | Researching availability of prejudgment writs for property already held by plaintiff. | M . McKinney | 2.60 | 468.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 01/06/11 | Continue drafting changes to letter to Dong Fang; interoffice conferences regarding same; continued communications with Bryan Benard regarding further inspection of documents. | M . Bettilyon | 4.20 | 1512.00 |
| 01/07/11 | Assist in drafting letter to Dongfang; review documents at Holland & Hart; meeting with client to discuss same. | M . Bettilyon | 4.70 | 1692.00 |
| 01/10/11 | Research issues relating to Dongfang; interoffice conferences regarding same; continue drafting letter to Dongfang. | M . Bettilyon | 2.40 | 864.00 |

**Redacted**

| 01/13/11 | continue drafting complaint against Dongfang; continue drafting letters to Dongfang and its insurance company. | M . Bettilyon | ~~6.00~~ | ~~2160.00~~ |
|---|---|---|---|---|
| | | | 4.50 | 1620.00 |

01/14/11 Finalize letters to Dongfang   M . Bettilyon        2.60    936.00
         and its insurance company;
         finalize complaint; file
         complaint in federal court.

**Redacted**

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Incorporated
Attn:  Greg Erickson                    March 9, 2011
1065 S. 500 W., #101                    Invoice No. 425353
Bountiful, UT  84010
```

For Legal Services Rendered Through February 28, 2011

Greg Erickson

**Matter No. 29831-00005**

**Janice Capener**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/12/11 | Review UCC provisions for claim raised in complaint; conference with M. McKinney regarding UCC claims and related issues; review and revise complaint. | M . Mayfield | 1.50 | 397.50 |
| 02/02/11 | Meeting with Michael Chan and Greg Ericksen to discuss strategy; review emails. | M . Bettilyon | 2.00 | 740.00 |

# Redacted

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/10/11 | File memorandum; interoffice conferences regarding service in China. | M . Bettilyon | 1.20 | 444.00 |

**Redacted**

| 02/11/11 | Research details of international service for Dong Fang. | R . Bell | .50 | 120.00 |
|---|---|---|---|---|

**Redacted**

02/22/11 Researching affect of          M . McKinney         1.80      333.00
         accepting and paying for
         products on existing breach
         of contract claims;
         telephone call with client.

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn: Greg Erickson                          May 11, 2011
1065 S. 500 W., #101                         Invoice No. 428801
Bountiful, UT  84010

For Legal Services Rendered Through April 29, 2011

**Redacted**

**Redacted**

| | | | | |
|---|---|---|---|---|
| 04/14/11 | Review emails; telephone communications with Greg Ericksen regarding service of process and other issues; interoffice conferences with Ryan Bell regarding service of process. | M . Bettilyon | 1.30 | 481.00 |
| 04/15/11 | Review emails; telephone calls with Greg Ericksen. | M . Bettilyon | 1.20 | 444.00 |
| 04/18/11 | Continue research and drafting on motion for alternate service; draft declaration for Michael Chen. | R . Bell | 7.20 | 1728.00 |
| 04/18/11 | Work on memorandum regarding alternative service; email communications with Greg Ericksen and Michael Chen; telephone communications with Kylie C. regarding document production issues; review tax memorandum regarding Janice Capener. | M . Bettilyon | 3.30 | 1221.00 |

04/19/11  Continue drafting argument      R . Bell          1.20      288.00
          on motion for alternate
          service.

04/19/11  Researching tortious            M . McKinney      1.30      240.50
          interference based on misuse
          of foreign law; discussing
          Melnor and Donfang.

**Redacted**

04/20/11  Researching invalidating        M . McKinney      4.90      906.50
          patents in China;
          identifying options for
          local counsel in China;
          researching applying Chinese
          law in U.S. courts.

04/21/11  Research regarding choice of    M . McKinney       .30       55.50
          law.

| 04/22/11 | Case orientation with M. Bettilyon. | S . Christian | 1.00 | 90.00 |
| 04/22/11 | Orbit Sprinkle case orientation and discovery review discussion with M. Bettilyon. | G . Christian | 1.00 | 90.00 |
| 04/22/11 | Locating information for patent attorneys in China; researching Chinese tort law; choice of law in Utah and 10th circuit. | M . McKinney | 5.10 | 943.50 |
| 04/22/11 | Orbit Case orientation with M. Bettilyon. | T . Mollerup | 1.00 | 90.00 |

**Redacted**

| 04/24/11 | Arranging and coordinating appointments with patent attorneys in China. | M . McKinney | 1.60 | 296.00 |

**Redacted**

04/28/11 Complete draft of motion for   R . Bell        3.50    840.00
         alternate service against
         Dongfang.

**Redacted**

04/28/11 Discussing memo for          M . McKinney        .80    148.00
         alternative service; Orbit's
         position in case.

**Redacted**

04/29/11 Review correspondence        R . Bell          .30      72.00
         regarding Chinese defendants.

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Incorporated
Attn: Greg Erickson
1065 S. 500 W., #101
Bountiful, UT 84010

June 13, 2011
Invoice No. 430357

For Legal Services Rendered Through May 31, 2011

**Redacted**

**Redacted**

05/05/11 Conduct further research on     R . Bell          2.40     576.00
         protective orders in trade
         secret cases.

**Redacted**

05/06/11 Continue new research          R . Bell           3.50      840.00
         regarding trade secrets
         protective order issues.

| 05/09/11 | Draft memorandum on supplemental authorities regarding trade secrets; confer with M. Bettilyon regarding same; correspond with G. Ericksen regarding same. | R . Bell | 4.40 | 1056.00 |

**Redacted**

| 05/10/11 | Draft changes to complaint. | M . Bettilyon | 1.20 | 444.00 |
| 05/10/11 | Reviewing Orbit materials regarding Chinese patents, Dongfang products and marketing materials. | M . McKinney | 1.20 | 222.00 |
| 05/11/11 | Drafting amended complaint; reviewing additional patents filed by Dongfang. | M . McKinney | .90 | 166.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/15/11 | Reviewing January letters to Luo Jun; updating amended complaint to include detail regarding Luo Jun's demands. | M . McKinney | 1.40 | 259.00 |
| 05/16/11 | Communicate with client regarding extension for defendants to serve answer; confer with G. Ericksen regarding remaining time for effecting international service; conduct research regarding same; draft and file notice to Court regarding international service. | R . Bell | 2.40 | 576.00 |

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/16/11 | Reviewing and editing amended complaint; e-mailing to client. | M . McKinney | .50 | 92.50 |

**Redacted**

05/24/11 Continue drafting changes to   M . Bettilyon      2.70    999.00
         complaint.

| 05/25/11 | Revising amended complaint to include claim for conspiracy and misappropriation of trade secrets; editing complaint. | M . McKinney | 1.80 | 333.00 |
| 05/31/11 | Review draft of complaint; review emails concerning same. | M . Bettilyon | 1.40 | 518.00 |

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                          July 13, 2011
kyliec@orbitonline.com                      Invoice No. 431869
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through June 30, 2011




**Redacted**




06/02/11 Redraft complaint.          M . Bettilyon      1.00      370.00

**Redacted**

| | | | | |
|---|---|---|---|---|
| 06/07/11 | Telephone conference with Kylie regarding amended complaint; further discussions with G. Ericksen regarding discovery issues; make additional changes to amended complaint; further communications with G. Ericksen regarding same. | M . Bettilyon | 3.80 | 1406.00 |
| 06/08/11 | Continue drafting amended complaint in federal case against Dongfang; interoffice conferences regarding same. | M . Bettilyon | 4.40 | 1628.00 |
| 06/09/11 | File amended Dongfang complaint; review Rong Peng discovery; telephone calls with G. Ericksen regarding same. | M . Bettilyon | 3.50 | 1295.00 |

06/10/11 Read emails from G. Ericksen   M . Bettilyon      1.40     518.00
         concerning additional
         potential parties to the
         litigation and/or parties
         who may have evidence.

**Redacted**

06/22/11 Telephone call with S. Bell      M . Bettilyon       1.20      444.00
         regarding status of
         discovery; telephone call
         with F. Dykas to set up
         attorney planning meeting;
         interoffice conferences
         regarding same.

**Redacted**

**Redacted**

| | | | |
|---|---|---|---|
| 06/24/11 | Telephone call with Robert Rapp regarding patent issues; send emails regarding amended complaint; draft changes to letters to Scott Bell regarding discovery. | M . Bettilyon | 1.70 | 629.00 |

**Redacted**

| 06/29/11 | Hold attorney planning meeting in the federal case; telephone conferences with G. Ericksen regarding same. | M . Bettilyon | 1.00 | 370.00 |
| 06/29/11 | Researching enforceability of reservation of claims against co-defendants. | M . McKinney | 2.80 | 518.00 |

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

August 9, 2011
Invoice No. 433070

For Legal Services Rendered Through July 28, 2011

**Redacted**

07/28/11 Review attorney planning        M . Bettilyon      1.40      518.00
         meeting report; draft
         consolidation email in an
         attempt to consolidate the
         two federal cases; telephone
         conversations with Greg
         Ericksen; telephone
         conversations with Scott
         Bell; telephone calls with
         Mica McKinney regarding
         criminal issues.

**Redacted**

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                        September 14, 2011
kyliec@orbitonline.com                     Invoice No.  434822
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through August 31, 2011


**Redacted**

**Redacted**

08/09/11 Discussions regarding          M . Bettilyon        1.10      407.00
         consolidation memorandum;
         interoffice conferences and
         telephone conferences with
         G. Ericksen regarding coming
         issues.

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/12/11 | Begin drafting Motion to Consolidate cases; review all three complaints regarding common facts and legal issues; conduct research on law of consolidating cases. | R . Bell | 5.30 | 1272.00 |
| 08/12/11 | Draft changes to Rule 26 report; telephone communications with K. C. and Greg regarding issues needed for Rule 26 report. | M . Bettilyon | 1.00 | 370.00 |
| 08/15/11 | Continue work on Motion to Consolidate cases; conduct research regarding injunctive relief regarding trade secrets issues. | R . Bell | 4.00 | 960.00 |

| 08/16/11 | Complete initial drafting on motion to consolidate cases. | R . Bell | 4.30 | 1032.00 |

**Redacted**

| 08/17/11 | Correspondence regarding Dong Fang email review and production. | J . Diamanti | .40 | 48.00 |
| 08/18/11 | Draft edits and revisions to Motion to Consolidate per M. M. Bettilyon edits. | R . Bell | .80 | 192.00 |

**Redacted**

08/30/11 Draft changes to motion to       M . Bettilyon       3.30    1221.00
         consolidate; interoffice
         conferences with Kylie
         regarding document
         production issues; review
         documents to be produced.


08/31/11 Draft email to DongFang          M . Bettilyon       3.20    1184.00
         attorney regarding
         discovery; telephone
         conferences with Greg
         regarding Rong Peng
         depositions and next steps;
         telephone call with Kylie
         regarding discovery; review
         document produced by Orbit;
         look for additional
         documents to produce.

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                    October 12, 2011
kyliec@orbitonline.com                 Invoice No. 436254
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through September 30, 2011

# Redacted

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/01/11 | File motion to consolidate; interoffice conferences with G. Ericksen; communications regarding discovery issues; communications with Aaron Schapper; draft discovery responses to DongFang. | M . Bettilyon | 3.30 | 1221.00 |
| 09/01/11 | Review patent files for production; review Dong Fang emails. | J . Diamanti | .60 | 72.00 |
| 09/05/11 | Conduct research regarding injunctive relief specific to trade secrets violators. | R . Bell | 1.80 | 432.00 |

**Redacted**

| | | | |
|---|---|---|---|
| 09/13/11 | Reviewing new case regarding supplemental jurisdiction over claim based on foreign law. | M . McKinney | .70 | 129.50 |
| 09/14/11 | Interoffice conferences with R. Bell regarding summary judgment memoranda; discussions regarding research on amending the complaint; read memorandum relating to consolidation. | M . Bettilyon | 2.40 | 888.00 |

09/14/11  Conference regarding        G . Roberts        .90    225.00
          amending federal claims and
          dismissing state claims;
          review state claims and
          analyze statute of
          limitations issues.

**Redacted**

09/26/11 Continue work on review of     R . Bell          2.40    576.00
         fact and law on summary
         judgment motion.

**Redacted**

09/28/11 Conduct research regarding     R . Bell          1.80    432.00
         injunctive relief for trade
         secret violations.

09/29/11 Confer with M. Bettilyon       R . Bell          4.20   1008.00
         regarding summary judgment
         issues; continue drafting
         summary judgment brief.

09/30/11 Continue drafting summary      M . Bettilyon     2.40    888.00
         judgment facts.

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                          November 10, 2011
kyliec@orbitonline.com                       Invoice No. 437891
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through October 31, 2011


**Redacted**

| 10/13/11 | M . Bettilyon | ~~5.20~~ | ~~1924.00~~ |
|---|---|---|---|
| respond to email from HongChen's attorney | | .50 | 185.00 |

**Redacted**

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                     December 13, 2011
kyliec@orbitonline.com                  Invoice No. 439707
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through November 30, 2011

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/03/11 | Draft changes to DongFang protective order; telephone calls regarding attorney planning meeting; draft emails regarding the protective order and file same;　　　file document with Judge Benson concerning Crump testimony. | M . Bettilyon | ~~3.30~~  2.80 | ~~1221.00~~  1036.00 |

**Redacted**

| 11/07/11 | Emails to Ken Shemin regarding depositions; call to J.C. Mazzola regarding documents; telephone call from G. Erickson; draft memo regarding request for a hearing before Judge Connor; draft memorandum in opposition to motion to compel. | M . Bettilyon | 3.50 | 1295.00 |

| | | | |
|---|---|---|---|
| 11/08/11 | Assist with drafting of Subpoena to appear and testify at deposition and request for documents; teleconference with court reporter to coordinate documents receipt location and service of subpoena | C . Buhler | 1.00 | 115.00 |
| 11/08/11 | Review documents in preparation for production. | J . Diamanti | 1.20 | 144.00 |

**Redacted**

**Redacted**

| 11/25/11 | Draft letter to J.C. Mazzola regarding documents requested from the Chinese insurance company; review draft Rule 56(f) response and commence drafting responsive memoranda relating to Capener's motion regarding Aaron Schapper's deposition. | M . Bettilyon | 1.70 | 629.00 |

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                    January 11, 2012
kyliec@orbitonline.com                Invoice No. 440700
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through December 31, 2011

**Redacted**

**Redacted**

12/16/11 Revise letters to Ken Shemin    M . Bettilyon        2.20      814.00
         and Scott Bell regarding
         documents to be produced by
         Orbit; hold DongFang
         attorney planning meeting.

| 12/19/11 | Revise letter to Ken Shemin regarding discovery deficiencies; telephone calls to Kylie about letter to Scott Bell regarding discovery issues. | M . Bettilyon | 1.20 | 444.00 |

**Redacted**

| 12/20/11 | Draft email to N. Curren with list of subpoenas to issue; exchange emails with counsel for Defendants regarding revisions to attorney planning report; revise report; revise letter to K. Shemin regarding discovery issues; exchange emails with M. M. Bettilyon regarding same. | L . Stevens | 1.60 | 416.00 |

12/22/11 Research assignment records     S . Owen        1.80    405.00
         for U.S. Patent Number
         7,637,475; email Mr. Greg
         Erickson regarding same;
         further research pursuant to
         Mr. Erickson s request
         relating to assignment
         records of parent
         application and PTO rules
         and regulations governing
         the issuance in an
         assignee s name; communicate
         results via telephone and
         email to Mr. Erickson.

**Redacted**

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                                April 12, 2012
kyliec@orbitonline.com                             Invoice No. 445466
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through March 30, 2012

**Redacted**

**Redacted**

| 03/28/12 | Draft documentation concerning ongoing investigations; draft discovery responses to Dong Fang discovery; draft letter to PBL. | M . Bettilyon | 2.60 | 962.00 |

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                                    May 10, 2012
kyliec@orbitonline.com                                 Invoice No.  446547
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through April 30, 2012

**Redacted**

**Redacted**

| 04/17/12 | Prepare responses to discovery requests; draft letter to counsel in federal action regarding production of documents; prepare documents for production. | J . Diamanti | 2.80 | 336.00 |

04/18/12 Prepare documents for          J . Diamanti        3.10     372.00
         production in federal case.

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                          August 7, 2012
kyliec@orbitonline.com                      Invoice No. 450439
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through July 31, 2012

**Redacted**

| | | | |
|---|---|---|---|
| 07/09/12 | Draft changes to motion and opposition to stay filed in the federal case by Sunhills defendants; work on facts related to Sinosure memorandum in opposition to motion to dismiss; review reply memorandum filed in state court case. | M . Bettilyon | 3.80 | 1406.00 |
| 07/09/12 | Research regarding other Sinosure cases filed in the United States courts. | J . Sorenson | 1.00 | 210.00 |

**Redacted**

| | | | |
|---|---|---|---|
| 07/10/12 | Continue drafting Sinosure responsive memorandum; prepare for upcoming hearing. | M . Bettilyon | 3.20 | 1184.00 |

07/10/12 Conference with M.            J . Sorenson      .30     63.00
         Bettilyon; additional
         research regarding Sinosure
         cases filed in United States.


07/11/12 Prepare for upcoming hearing.  M . Bettilyon   3.20   1184.00

**Redacted**


07/11/12 Prepare for hearing.          J . Diamanti      .50     60.00


07/12/12 Prepare for and attend        M . Bettilyon    3.50   1295.00
         hearing.

**Redacted**

| 07/18/12 | Draft changes to China Export memorandum; | M . Bettilyon | ~~4.50~~ | ~~1665.00~~ |
|----------|-------------------------------------------|---------------|----------|-------------|
|          | meeting with Luo Jun's attorney.          |               | 2.50     | 925.00      |

**Redacted**

| 07/19/12 | Meeting with Robert Rapp to discuss new intellectual property claims; draft changes to Sinosure memorandum. | M . Bettilyon | 4.00 | 1480.00 |
| 07/19/12 | Review revised opposition memorandum; draft motion to compel limited discovery. | J . Sorenson | 1.70 | 357.00 |

| 07/19/12 | Cite-check brief and exhibits and assist attorneys with same, review produced documents and discuss with attorney. | J . Zimmer | 2.70 | 310.50 |
| 07/20/12 | Review and assist in filing China Export responsive memorandum. | M . Bettilyon | 1.40 | 518.00 |
| 07/20/12 | Research regarding Sinosure's litigation history in the United States. | J . Sorenson | .70 | 147.00 |
| 07/20/12 | Revise memorandum in opposition to Chiha Export's motion to dismiss and prepare for filing; review and revise motion to compel limited discovery. | L . Stevens | 6.80 | 1836.00 |

**Redacted**

**Redacted**

| 07/30/12 | Review reply memorandum relating to motion to stay federal litigation; telephone call with Greg Erickson regarding same; prepare for upcoming meeting to discuss issues for the third amended complaint. | M . Bettilyon | 1.50 | 555.00 |

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

September 19, 2012
Invoice No.  452578

For Legal Services Rendered Through August 31, 2012

**Redacted**

| 08/01/12 | | M . Bettilyon | ~~2.50~~ | ~~925.00~~ |
|---|---|---|---|---|
| | send email regarding Walmart issues to be included in Third Amended Complaint. | | 1.50 | 555.00 |

08/02/12 Continue reviewing Walmart      M . Bettilyon      2.60    962.00
         documents for information
         needed in Third Amended
         Complaint; send email
         regarding same.

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/15/12 | Review and respond to issues regarding the settlement e-mail from Adam E. and the Luo Jun proposed plea agreement; follow up with Mark B. regarding same. | B . Tolman | 1.20 | 474.00 |
| 08/16/12 | Meetings with U.S. Attorney's Office to discuss plea deals; draft letter to Frank Dykas regarding settlement; look for information needed for letter to Frank Dykas. | M . Bettilyon | 6.00 | 2220.00 |
| 08/16/12 | Discussion with Mark B. and Greg E. regarding USAO plea deal, e-mails and strategy for meeting; meeting with Mike K. and Adam E.; follow up with Mark B. regarding strategy. | B . Tolman | 2.80 | 1106.00 |

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/17/12 | Researching mandatory restitution and theft of trade secrets; emailing research. | M . McKinney | 1.00 | 200.00 |

| | | | | |
|---|---|---|---|---|
| 08/17/12 | Preparation for hearing; draft, edit and submission of victim objection letter pursuant to Section 3773; discussion with clerk of court; discussion with judge regarding letter and issues; meeting with co-counsel; hearing before Judge Benson; follow up on issues raised; outline of strategy for next hearing. | B . Tolman | 6.40 | 2528.00 |
| 08/18/12 | Follow up with Mark B. regarding issues; conference call with same. | B . Tolman | .50 | 197.50 |
| 08/20/12 | Interoffice conferences with Brett Tolman; telephone conferences with Greg Ericksen regarding settlement issues; review emails concerning same. | M . Bettilyon | 3.50 | 1295.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 08/20/12 | Follow up on negotiation with USAO; phone call with Sam Alba; discussion with Mark B. and Greg E. regarding same. | B . Tolman | 1.30 | 513.50 |
| 08/21/12 | Prepare for meeting with U.S. Attorney's office; attend meeting with U.S. Attorneys. | M . Bettilyon | 3.50 | 1295.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/21/12 | Researching and outlining restitution for wire fraud plea agreement. | M . McKinney | 3.60 | 720.00 |
| 08/21/12 | Follow up on outstanding issues with plea; preparation for meeting; meeting with USAO. | B . Tolman | 2.20 | 869.00 |
| 08/22/12 | Meeting U.S. Attorneys; review and prepare damage calculation for Frank Dykas; interoffice conferences with G. Ericksen and Max Wheeler. | M . Bettilyon | 7.00 | 2590.00 |
| 08/23/12 | Meetings with U.S. Attorney regarding settlement; interoffice conferences regarding same; draft documentation regarding damages. | M . Bettilyon | 7.00 | 2590.00 |

**Redacted**

**Redacted**

| | | | |
|---|---|---|---|
| 08/24/12 | Draft changes to proposed license agreements; draft changes to other documents; interoffice conferences and continued discussions regarding proposed settlement provisions. | M . Bettilyon | 6.00 | 2220.00 |
| 08/24/12 | Meetings with Mark B.; review and edit of drafts to send to USAO; review and respond to issues in e-mails; follow up on same. | B . Tolman | 1.30 | 513.50 |
| 08/24/12 | Review Chinese patent assignments. | J . Diamanti | .80 | 96.00 |
| 08/27/12 | Continued communications regarding settlement; draft changes to settlement documentation. | M . Bettilyon | 4.50 | 1665.00 |

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 08/28/12 | Discussions regarding settlement; draft changes to settlement documents. | M . Bettilyon | 5.50 | 2035.00 |
| 08/28/12 | Review of e-mails regarding plea deal and outstanding issues; follow up with Mark B.; review of memorandum forwarded by Mark B. | B . Tolman | 1.20 | 474.00 |
| 08/29/12 | Review settlement documents; meetings to sign settlement documents; attend hearing relating to Luo Jun criminal plea. | M . Bettilyon | 6.00 | 2220.00 |

08/31/12 Read and analyze Simosure's     L . Stevens        2.50    675.00
         Reply Memorandum in Support
         of Motion to Dismiss and
         Opposition to Motion for
         Discovery in preparation for
         drafting reply memorandum in
         support of motion for
         discovery; research law in
         support of reply memorandum.

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                          October 11, 2012
kyliec@orbitonline.com                       Invoice No. 453855
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through September 28, 2012

**Redacted**

**Redacted**

| 09/13/12 | Interoffice communications regarding China Export settlement agreement. | M . Bettilyon | .50 | 185.00 |

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/24/12 | Draft changes to China Export settlement agreement. | M . Bettilyon | .80 | 296.00 |
| 09/25/12 | Communications with Greg Ericksen regarding China Export; respond to email regarding China Export; set up meeting to further discuss China Export issues; further modify settlement agreement. | M . Bettilyon | 1.40 | 518.00 |

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                      November 14, 2012
kyliec@orbitonline.com                   Invoice No. 455637
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through October 31, 2012

```
09/25/12 Review and respond to issues    B . Tolman        .30    118.50
         raised regarding Hong Chen
         compliance; follow-up on
         payment issues.
```

**Redacted**

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/03/12 | Continue drafting memorandum regarding amending the complaint. | M . Bettilyon | 1.50 | 555.00 |
| 10/04/12 | Continue research regarding amending the complaint | M . Bettilyon | 2.40 | 888.00 |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                    December 18, 2012
kyliec@orbitonline.com                 Invoice No. 457537
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through November 29, 2012

**Redacted**

**Redacted**

| Date | | | | |
|---|---|---|---|---|
| 11/08/12 | M . Bettilyon | ~~4.40~~ | ~~1628.00~~ |
| | discussions with China Export lawyers regarding settlement. | 2.20 | 814.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11/09/12 | Continue drafting amended complaints. | M . Bettilyon | 2.40 | 888.00 |
| 11/12/12 | Continue drafting complaint. | M . Bettilyon | 1.40 | 518.00 |
| 11/13/12 | Continue drafting amended complaints; discussions with J. C. Mazzola regarding settlement of China Export issues. | M . Bettilyon | 1.00 | 370.00 |

**Redacted**

11/16/12 Telephone conference with J.    M . Bettilyon        1.20     444.00
         C. Mazzola regarding
         settlement issues; continue
         drafting amended complaints.

11/20/12 Draft changes to Orbit          M . Bettilyon        1.50     555.00
         amended complaint.

**Redacted**

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon
kyliec@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

January 7, 2013
Invoice No. 457835

For Legal Services Rendered Through December 31, 2012

**Redacted**

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/06/12 | Draft and revise memo in support of motion to amend; read amended complaint. | L . Stevens | 2.50 | 675.00 |
| 12/07/12 | Draft changes to China Export's settlement letter | M . Bettilyon | ~~2.50~~ 1.00 | ~~925.00~~ 370.00 |
| 12/07/12 | Draft and revise memo in support of motion to amend. | L . Stevens | 1.00 | 270.00 |
| 12/10/12 | Review changes to China Export's settlement agreement | M . Bettilyon | ~~1.50~~ 1.00 | ~~555.00~~ 370.00 |
| 12/10/12 | | L . Stevens | ~~3.30~~ | ~~891.00~~ |
| | compare proposed Amended Complaint to original Complaint; draft Memo in Support of Motion to Amend. | | 2.00 | 740.00 |

| | | | | |
|---|---|---|---|---|
| 12/11/12 | Draft Memo in Support of Motion to Amend Complaint. | L . Stevens | 1.80 | 486.00 |
| 12/12/12 | Continue revising China Export agreement; review insurance agreement; draft changes to amended complaint. | M . Bettilyon | 4.00 | 1480.00 |
| 12/12/12 | Draft and revise Memo in Support of Motion to Amend. | L . Stevens | 2.00 | 540.00 |
| 12/13/12 | Meeting with Greg and Denise; draft changes to complaint; discussions with Kylie regarding same. | M . Bettilyon | 5.50 | 2035.00 |
| 12/14/12 | Continue drafting changes to amended complaint | M . Bettilyon | ~~5.20~~ 2.50 | ~~1924.00~~ 925.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 12/17/12 | Continue drafting changes to amended complaint | M . Bettilyon | ~~5.50~~ 2.00 | ~~2035.00~~ 740.00 |

12/18/12 Continue revising complaint;    M . Bettilyon       5.10    1887.00
         draft order from yesterdays
         hearing; communications with
         G. Erickson regarding same.


12/19/12 Meeting with Paul regarding     M . Bettilyon       5.40    1998.00
         damages; continue drafting
         changes to complaint;
         continue reviewing motion to
         amend complaint.

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                          February 13, 2013
kyliec@orbitonline.com                      Invoice No. 459847
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through January 30, 2013

**Redacted**

**Redacted**

01/10/13 Conference with M. Bettilyon    L . Stevens         .20      54.00
         regarding need to propound
         discovery requests to all
         defendants in federal case.

01/24/13 Emails regarding China          M . Bettilyon        .60      222.00
         Export; discuss damages
         issues.

**Redacted**

01/30/13 Communications with J. C.       M . Bettilyon        .70      259.00
         Mazzola regarding settlement
         of China Export.

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                          March 13, 2013
kyliec@orbitonline.com                      Invoice No. 461297
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through February 28, 2013

**Redacted**

**Redacted**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 02/11/13 | Continue drafting changes to amended complaint | M . Bettilyon | ~~2.20~~ 1.00 | ~~836.00~~ 380.00 |
| 02/11/13 | Pull Orbit trademarks from USTOP website; copy trademark and Lone Peak s analysis and supporting documents. | K . Herron | .20 | 25.00 |

| 02/13/13 | Conference with M. Bettilyon regarding need to file motion for Third Amended Complaint; draft memo in support of motion for order to preserve evidence in State Court. | L . Stevens | 2.20 | 605.00 |
|---|---|---|---|---|
| 02/14/13 | Review and revise motion for leave to amend complaint and amended complaint before filing | L . Stevens | ~~1.80~~<br>.80 | ~~495.00~~<br>275.00 |

**Redacted**

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                         April 8, 2013
kyliec@orbitonline.com                     Invoice No. 462404
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through March 29, 2013

**Redacted**

**Redacted**

| 03/20/13 | File third amended complaint | M . Bettilyon | ~~3.80~~ | ~~1444.00~~ |
|----------|------------------------------|---------------|------|---------|
|          |                              |               | .80  | 304.00  |

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Cahoon                                May 21, 2013
kyliec@orbitonline.com                            Invoice No. 464693
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through April 30, 2013

**Redacted**

**Redacted**

04/19/13 Review Amended Counterclaim    R . Harrington    .30    63.00
         in parallel federal action.

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Orbit Manufacturing, Inc.
Attn:  Kylie Cahoon                          July 10, 2013
kyliec@orbitonline.com                       Invoice No. 467064
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through June 29, 2013

**Redacted**

**Redacted**

| 06/10/13 | Prepare documents for production; review file histories on patents and trademarks on dispute; assist with preparation of amendments to discovery responses. | J . Diamanti | 4.40 | 572.00 |
|----------|------|------|------|------|

| 06/11/13 | Continue drafting changes to Orbit discovery responses; discussions with Greg regarding his meeting with Sam Alba. | M . Bettilyon | 2.50 | 950.00 |
| 06/11/13 | Assist with preparation for amendments to discovery responses; prepare documents for production; review correspondence with Kyle Jones and Robert Rapp regarding patents, trademarks and assignments. | J . Diamanti | .50 | 65.00 |
| 06/12/13 | Telephone call with M. Brady; draft letter to M. Brady; review documents to be produced with our amended discovery responses on friday. | M . Bettilyon | 3.20 | 1216.00 |
| 06/12/13 | Assist with preparation of documents for production; prepare supplemental discovery responses; discussion with M. Bettilyon regarding same. | J . Diamanti | 5.80 | 754.00 |
| 06/13/13 | Review and revise supplemental discovery responses; conference with J. Diamanti regarding same; exchange emails with Lori regarding correct caption in federal case. | L . Stevens | .80 | 220.00 |
| 06/13/13 | Review documents and prepare for production of same; review financial data and prepare for production; draft letters to opposing counsel regarding same; prepare supplemental interrogatory answers and supplemental responses to document requests. | J . Diamanti | 6.20 | 806.00 |

06/14/13 Assist with preparation of      J . Diamanti        .50      65.00
         supplemental discovery
         responses.

**Redacted**

**Redacted**

| 06/24/13 | Review defendants' second requests for production and distribute patent files to Robert Rapp; load documents into electronic database. | J . Diamanti | .90 | 117.00 |

| | | | |
|---|---|---|---|
| 06/25/13 | Review native files and prepare for production of same; distribute patent files to Robert Rapp; discussion with M. Bettilyon regarding production of files. | J . Diamanti | 2.00 | 260.00 |
| 06/26/13 | Discussions regarding discovery issues; telephone call to Robert Rapp; call to Kylie regarding patent issues. | M . Bettilyon | .50 | 190.00 |

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones                                    August 8, 2013
kyliej@orbitonline.com                                Invoice No.  468301
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through July 31, 2013

**Redacted**

| | | | |
|---|---|---|---|
| 07/11/13 | Prepare for and attend Paul Archibald deposition; interoffice discussions regarding patent infringement issues; meeting with Rob Rapp to prepare for deposition; draft patent interrogatory responses. | M . Bettilyon | 7.00    2660.00 |
| 07/12/13 | Prepare for and attend deposition of Robert Rapp; discussions regarding potential settlement. | M . Bettilyon | 7.50    2850.00 |
| 07/12/13 | Preparation for R. Rapp deposition; prepare photos of the products marked as exhibits during the Rapp deposition. | K . Herron | 1.30     162.50 |

**Redacted**

07/15/13 Prepare and label photos of     K . Herron        1.50      187.50
         the products marked as
         exhibits during the Rapp
         deposition; transmit same to
         counsel and court reporter.

**Redacted**

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Kylie Jones                    December 6, 2013
kyliej@orbitonline.com                Invoice No. 473950
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through November 30, 2013

**Redacted**

**Redacted**

| | | | | |
|---|---|---|---|---|
| 11/07/13 | Review email concerning Hongchen's plea agreement; review plea agreement documents; draft email regarding what Hongchen still owes Orbit and when such payments are due. | M . Bettilyon | 1.00 | 380.00 |

11/15/13 Public records search for      K . Herron        .20     25.00
         contact information of
         Timothy Ormiston and Peter
         Jansson pursuant to
         subpoenas to appear for a
         deposition.

**Redacted**

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Jones                          January 9, 2014
kyliej@orbitonline.com                     Invoice No. 475886
845 No. Overland Rd.
North Salt Lake, UT  84054

For Legal Services Rendered Through December 31, 2013



12/17/13 Attend deposition of Peter    M . Bettilyon        3.50    1330.00
         Jansen; draft letter to
         opposing counsel regarding
         privilege log; research on
         issue of damages on patent
         issues; conversations with
         Greg Ericksen regarding same.

**Redacted**

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Jones
kyliej@orbitonline.com                 February 10, 2014
845 No. Overland Rd.                   Invoice No. 476981
North Salt Lake, UT  84054

For Legal Services Rendered Through January 31, 2014

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/02/14 | Discussions regarding upcoming depositions; send email regarding same. | M . Bettilyon | .60 | 228.00 |

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/03/14 | Set up depositions; send letter regarding privilege log; internal discussions regarding same. | M . Bettilyon | 1.50 | 570.00 |
| 01/05/14 | Assist with deposition preparation. | J . Leonardi | .70 | 91.00 |
| 01/06/14 | Draft changes to scheduling order; discussions regarding upcoming depositions. | M . Bettilyon | 1.20 | 456.00 |
| 01/07/14 | Discussions regarding upcoming depositions; review cases relating to assignments of patents. | M . Bettilyon | 1.20 | 456.00 |

| 01/09/14 | Prepare for upcoming depositions; discussions with Kylie Jones regarding same; draft letter to Frank Dykas; send same. | M . Bettilyon | 2.80 | 1064.00 |
| 01/09/14 | Case law research; deposition preparation; discussion with M. Bettilyon regarding same. | J . Leonardi | 1.90 | 247.00 |
| 01/10/14 | Continue preparing for depositions; review email concerning insurance issues; draft letter regarding insurance coverage to opposing counsel; gather discovery requests received from opposing counsel; discussions with Greg regarding same. | M . Bettilyon | 2.40 | 912.00 |
| 01/10/14 | Prepare for upcoming depositions. | J . Leonardi | 3.00 | 390.00 |
| 01/13/14 | Prepare for upcoming depositions. | M . Bettilyon | 2.50 | 950.00 |
| 01/13/14 | Prepare for upcoming depositions; discussion with M. Bettilyon regarding same. | J . Leonardi | 4.60 | 598.00 |

**Redacted**

| 01/14/14 | Contact court reporter regarding Jansson deposition; prepare for upcoming depositions; review recent Capener document production. | J . Leonardi | 3.40 | 442.00 |
| 01/16/14 | Prepare for upcoming depositions. | M . Bettilyon | 1.00 | 380.00 |

| 01/17/14 | Continue preparing for depositions. | M . Bettilyon | 1.00 | 380.00 |
| 01/17/14 | Assist with deposition preparation. | J . Leonardi | .60 | 78.00 |
| 01/20/14 | Prepare for upcoming depositions. | M . Bettilyon | 4.00 | 1520.00 |
| 01/20/14 | Prepare for depositions. | J . Leonardi | 1.40 | 182.00 |
| 01/21/14 | Prepare for upcoming depositions. | M . Bettilyon | 6.00 | 2280.00 |
| 01/22/14 | Prepare witnesses for deposition; discussions with Greg Ericksen relating to depositions. | M . Bettilyon | 6.00 | 2280.00 |
| 01/22/14 | Assist with deposition preparation. | J . Leonardi | .40 | 52.00 |

**Redacted**

| 01/24/14 | Prepare for upcoming depositions. | M . Bettilyon | 1.50 | 570.00 |
| 01/27/14 | Prepare for upcoming deposition; discussions with Greg Ericksen. | M . Bettilyon | 2.50 | 950.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/28/14 | Prepare for upcoming depositions. | M . Bettilyon | 5.00 | 1900.00 |
| 01/28/14 | Review production for corporate files for Pro-Mark and Arizona Mist. | J . Leonardi | .30 | 39.00 |
| 01/29/14 | Prepare for and attend depositions of Phil Hudman, Jeff Maughan and Craig Madson. | M . Bettilyon | 2.50 | 950.00 |
| 01/31/14 | Prepare for and attend depositions; discussions regarding problems with patent assignment documents. | M . Bettilyon | 5.00 | 1900.00 |

**Redacted**

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn: Kylie Jones
kyliej@orbitonline.com                           March 10, 2014
845 No. Overland Rd.                             Invoice No. 478318
North Salt Lake, UT  84054

For Legal Services Rendered Through February 28, 2014

**Redacted**

| | | | |
|---|---|---|---|
| 02/03/14 | Draft email regarding upcoming depositions; discussions with Greg Ericksen regarding same. | M . Bettilyon | .70 | 273.00 |
| 02/04/14 | Review information relating to COBRA MIST patents; send letter to S. Alba relating to subpoena for documents. | M . Bettilyon | 1.80 | 702.00 |
| 02/04/14 | Patent assignment research. | J . Leonardi | .40 | 52.00 |
| 02/05/14 | Telephone call with potential expert witness; telephone call with Sam Alba; draft letter and additional information on subpoena to Sam Alba; discussions with Greg Ericksen regarding upcoming depositions; discussions with Kylie and Greg Butters regarding document production requests. | M . Bettilyon | 4.50 | 1755.00 |
| 02/05/14 | Order assignments from the patent office; discussion with Forrest Hendley regarding same. | J . Leonardi | 1.50 | 195.00 |

STATEMENT OF ACCOUNT

**RAY QUINNEY & NEBEKER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Kylie Jones                          May 8, 2014
kyliej@orbitonline.com                      Invoice No. 481168
845 No. Overland Rd.
North Salt Lake, UT  84054


For Legal Services Rendered Through April 30, 2014


**Redacted**


| | | | | |
|---|---|---|---|---|
| 04/02/14 | Review documents in preparation for depositions of Kylie and Greggory. | M . Bettilyon | 3.50 | 1365.00 |
| 04/02/14 | Prepare for Greg Buttars deposition. | J . Leonardi | 3.20 | 416.00 |
| 04/03/14 | Prepare for and attend depositions of Kylie Jones and Greg Butters (3.0) | M . Bettilyon | ~~4.50~~ 3.00 | ~~1755.00~~ 1170.00 |

| 04/10/14 | Review and redact invoices in preparation of affidavit of fees and costs for federal matter; discussion with Denise Ericksen regarding same. | J . Leonardi | 2.20 | 286.00 |
|---|---|---|---|---|
| 04/10/14 | Review/proof redactions made to Ray Quinney & Nebeker invoices and mark time needing adjustments regarding affidavit of fees and costs. | H . Doherty | .30 | 39.00 |
| 04/11/14 | Discuss with M. Bettilyon regarding draft motion in support of permanent injunction in the federal case; review case pleadings, including state case briefing and federal court orders in preparation for permanent injunction motion in federal case. | B . Ranschau | 2.40 | 480.00 |
| 04/11/14 | Prepare attorneys fees for submission to Court in Federal Court. | J . Leonardi | 7.20 | 936.00 |
| 04/11/14 | Continue Reviewing/proofing redactions made to Ray Quinney & Nebeker invoices and mark time needing adjustments regarding affidavit of fees and costs. | H . Doherty | 1.10 | 143.00 |
| 04/12/14 | Draft motion seeking fees from Hongchen defendants; prepare billing memoranda relating to Hongchen terminating sanctions. | M . Bettilyon | 1.50 | 585.00 |

04/12/14  Review and redact invoices     J . Leonardi        5.40    702.00
          in preparation of affidavit
          of fees and costs for
          federal matter.

04/13/14  Draft fee request related to   M . Bettilyon       2.00    780.00
          Hongchen motion for
          terminating sanctions (2.0)

04/13/14  Review and redact invoices     J . Leonardi        1.00    130.00
          in preparation of affidavit
          of fees and costs for
          federal matter.

**Redacted**

04/14/14 Prepare attorneys fees for      J . Leonardi      5.90    767.00
         submission to court in
         Federal matter.

04/14/14 Review bills to determine       H . Doherty       3.30    429.00
         rates of all attorneys and
         paralegal's who worked on
         the Hongchen matter; update
         Mark Bettilyon's declaration
         with rate information;
         create document containing
         information of each attorney
         who worked on Hongchen
         matter.

04/14/14 Continue Reviewing/proofing     H . Doherty        .40     52.00
         redactions made to Ray
         Quinney & Nebeker invoices
         and mark time needing
         adjustments regarding
         affidavit of fees and costs.

04/15/14 Continue drafting documents     M . Bettilyon     3.80   1482.00
         relevant to attorneys fees
         and permanent injunction
         relating to the Hongchen
         defendants.

## Redacted

04/15/14 Prepare attorneys fees for      J . Leonardi      5.00    650.00
         submission to court in
         Federal matter; discussion
         with D. Ericksen, M.
         Bettilyon and H. Doherty
         regarding same.

**Redacted**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/16/14 | Continue drafting motion seeking fees relating to Hongchen defendants. | M . Bettilyon | 4.00 | 1560.00 |
| 04/16/14 | Draft memo in support of motion for permanent injunction (fact application to each injunctive cause of action: strategize with M. Bettilyon regarding motions, memos and proposed orders. | B . Ranschau | 5.60 | 1120.00 |
| 04/16/14 | Prepare attorneys fees for submission to the court in Federal matter. | J . Leonardi | 4.00 | 520.00 |
| 04/17/14 | continue drafting documents relating to Hongchen default (3.0). | M . Bettilyon | ~~4.40~~ 3.00 | ~~1716.00~~ 1170.00 |
| 04/17/14 | Prepare attorneys fees for submission to court in Federal action | J . Leonardi | ~~4.40~~ 3.00 | ~~572.00~~ 390.00 |

| 04/18/14 | Continue drafting documents related to terminating sanctions against Hongchen. | M . Bettilyon | 3.50 | 1365.00 |

**Redacted**

| 04/18/14 | Research case law on stricken answers and motions for default judgment for proposed permanent injunction. | B . Ranschau | 1.30 | 260.00 |
| 04/19/14 | Continue drafting documents relating to default against Hongchen. | M . Bettilyon | 1.00 | 390.00 |
| 04/21/14 | Review and comment on draft judgment and injunction regarding Hongchen. | A . Berger | .70 | 241.50 |
| 04/21/14 | Continue drafting memoranda and declarations relating to default judgment and permanent injunction against Hongchen; interoffice conferences regarding same. | M . Bettilyon | 6.00 | 2340.00 |

| | | | | |
|---|---|---|---|---|
| 04/21/14 | Review research and case law regarding motions to strike pleadings for information about default judgments (.9); draft, review, edit argument on motion for default judgment (2.9); review, edit, cite check argument regarding motion for default judgment (1.8). | B . Ranschau | 5.60 | 1120.00 |
| 04/22/14 | Continue drafting documents related to default and permanent injunction; draft declarations relating to same. | M . Bettilyon | 5.50 | 2145.00 |
| 04/22/14 | Read and revise federal motion for attorneys' fees; research law in support; revise declarations of M. Bettilyon and G. Ericksen in support; conference with M. Bettilyon regarding same; review and revise motions for default judgment and permanent injunction. | L . Stevens | 5.00 | 1425.00 |
| 04/22/14 | Assist with preparation of default judgment and permanent injunction memorandum. | J . Leonardi | 3.40 | 442.00 |
| 04/23/14 | File pleadings in Federal court relating to Hongchen default and permanent injunction. | M . Bettilyon | 7.00 | 2730.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 04/23/14 | Review and edit proposed permanent injunction and proposed default judgment order. | B . Ranschau | 1.00 | 200.00 |
| 04/23/14 | Assist with preparation and filing of default judgment memorandum, attorneys fees memorandum and declaration in support and permanent injunction memorandum. | J . Leonardi | 5.60 | 728.00 |
| 04/24/14 | Discussions with Sam; review motion filed by Sam Alba; discussions with U.S. Attorneys. | M . Bettilyon | 1.50 | 585.00 |

**Redacted**

**Redacted**

04/28/14 Review Orbit products          J . Leonardi        .30      39.00
         manufactured by Dong Fang.

| 04/29/14 | Prepare for and attend hearing before Magistrate Judge Furse regarding subpoenas served on Orbit and RQN in the criminal matter; discussions regarding postponement of criminal trial. | M . Bettilyon | 4.00 | 1560.00 |

**Redacted**

| 04/30/14 | Assist with preparation of affidavit of attorney's fees. | J . Leonardi | 1.80 | 234.00 |

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Greg Butters
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

June 11, 2014
Invoice No. 483048

For Legal Services Rendered Through May 31, 2014

**Redacted**

**Redacted**

| 05/21/14 | Read Defendants' opposition briefs to Orbit's motion for fees and permanent injunction in federal case; conference with M. M. Bettilyon regarding arguments to make in reply; research case law cited by Defendants and for use in reply. | L . Stevens | 2.00 | 570.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/23/14 | Send email regarding hearing date relating to motion in Federal court; email communications regarding same. | M . Bettilyon | .40 | 156.00 |
| 05/23/14 | Review motion for permanent injunction and default judgment, | L . Stevens | ~~2.00~~ **1.00** | ~~570.00~~ **285.00** |
| 05/27/14 | draft reply memorandum relating to attorneys fees in the Federal case; | M . Bettilyon | ~~5.00~~ **1.50** | ~~1950.00~~ **585.00** |

**Redacted**

| 05/27/14 | Draft reply memorandum in support of motion for default judgment/permanent injunction. | L . Stevens | .50 | 142.50 |
|---|---|---|---|---|
| 05/27/14 | Locate and pull case law from Westlaw for research needed pursuant to reply memorandum. | K . Herron | .10 | 13.00 |
| 05/28/14 | continue drafting reply memorandum relating to attorneys fees request in the Federal litigation. | M . Bettilyon | ~~5.00~~ **4.00** | ~~1950.00~~ **1560.00** |
| 05/28/14 | Draft reply memo in support of motion for default judgment and permanent injunction. | L . Stevens | 3.20 | 912.00 |

**Redacted**

| 05/29/14 | Draft and revise reply memo in support of motions for default judgment and permanent injunction; conference with M. Bettilyon regarding revisions; research law for reply memo in support of motion for fees; read and revise reply memo in support of fees motion. | L . Stevens | 4.50 | 1282.50 |
|---|---|---|---|---|

| 05/29/14 | Cite check Reply Memorandum In Support of Motion for Fees Against Dongfang. | K . Herron | 1.60 | 208.00 |
| 05/30/14 | Assist with filing of three memoranda due today; file interrogatory responses. | M . Bettilyon | 3.50 | 1365.00 |
| 05/30/14 | Review and revise opposition to motion to quash; work on exhibits. | M . McKinney | 1.60 | 352.00 |
| 05/30/14 | Revise reply memo in support of motions for judgment and permanent injunction; arrange for filing. | L . Stevens | 1.20 | 342.00 |
| 05/30/14 | Cite check Reply Memorandum In Support of Motion for Fees Against Dongfang; cite check Orbit s Memorandum in Opposition to Snow Christensen & Martineau s Motion to Quash Subpoenas. | K . Herron | 3.70 | 481.00 |

**Redacted**

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

```
Orbit Manufacturing, Inc.
Attn:  Greg Butters                      July 11, 2014
kyliej@orbitonline.com                   Invoice No. 484474
845 No. Overland Rd.
North Salt Lake, UT  84054
```

For Legal Services Rendered Through June 30, 2014

```
06/04/14  Conference with K. Jones to    K . Herron        .80    104.00
          review electronic documents
          regarding locating Dongfang
          damages information by Bates
          number.
```

**Redacted**

```
06/26/14  Prepare for and attend         M . Bettilyon    2.50    975.00
          hearing before Judge Furse.
```

06/30/14 Draft order relating to          M . Bettilyon        2.40      936.00
         Judge Furse's decision to
         provide Orbit with documents
         in the possession of the US
         Attorney's Office; review
         filing made by M. Brady
         relating to his proposed
         motion on patent issues in
         the federal case.

**Redacted**

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Orbit Manufacturing, Inc.
Attn:  Greg Butters
kyliej@orbitonline.com
845 No. Overland Rd.
North Salt Lake, UT  84054

August 8, 2014
Invoice No. 485467

For Legal Services Rendered Through July 31, 2014

**Redacted**

| 07/01/14 | Review motion; research standard for staying magistrate order; review Rule 72 and local rules; discuss case and status. | M . McKinney | 2.80 | 616.00 |
|---|---|---|---|---|

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/02/14 | Continue to draft opposition to stay. | M . McKinney | .80 | 176.00 |
| 07/02/14 | Read Hong Chen Defendant's motion to Stay Oral Order of Magistrate Judge; telephone conference with M. Bettilyon regarding same; read draft memorandum in opposition; exchange emails with M. McKinney regarding same. | L . Stevens | .90 | 256.50 |

**Redacted**