Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

February 5, 2011

Invoice #10085

| **Redacted** |
| --- |

| 01/04/11 | Consult regarding letter to Dong Fang; review agreement; interoffice conference regarding protective order memorandum | GSE | .75 | 206.25 |
| --- | --- | --- | --- | --- |

| **Redacted** |
| --- |

| 01/13/11 | Consult regarding complaint against Dongfang | GSE | .50 | 137.50 |
| --- | --- | --- | --- | --- |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

March 5, 2011

Invoice #10086

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 02/02/11 | Meeting with M. Bettilyon & Michael Chan<br>To discuss case strategy | GSE | 1.5 | 412.50 |

**Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

May 5, 2011

Invoice #10088

## Redacted

| 04/12/11 | Review emails; letters regarding service of Process | GSE | .50 | 137.50 |
|----------|-----------------------------------------------------|-----|------|--------|
| 04/14/11 | Telephone conference w/M. Bettilyon regarding Emails; letters concerning service of process | GSE | 1.25 | 343.75 |
| 04/18/11 | Further telephone conference w/M. Bettilyon Regarding same | GSE | 1.00 | 275.00 |
| 04/18/11 | Email/telephone communications w/M. Bettilyon & Michael Chen regarding memorandum of alternative Service | GSE | 1.00 | 275.00 |

## Redacted

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

June 5, 2011

Invoice #10089

**Redacted**

| Date | Description | | | |
|---|---|---|---|---|
| 05/09/11 | Email/confer w/R. Bell regarding Draft Memorandum Re:  Trade Secrets | GSE | .75 | 206.25 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 05/16/11 | Review Amended Complaint | GSE | .50 | 137.50 |
| 05/16/11 | Confer/Review regarding international service | GSE | .75 | 206.25 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 05/31/11 | Continued Review/Revising of Amended Complaint | GSE | 1.00 | 275.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

July 5, 2011

Invoice #10090

**Redacted**

| Date | Description | | | |
|---|---|---|---|---|
| 06/03/11 | Review changes regarding Amended Complaint | GSE | 1.25 | 343.75 |
| 06/07/11 | Discussions w/M. Bettilyon regarding discovery issues; Continued emails/communications regarding Amended Complaint | GSE | 1.50 | 412.50 |
| 06/09/11 | Review final changes regarding Amended Complaint | GSE | .75 | 206.25 |
| 06/10/11 | Communications w/M. Bettilyon regarding potential litigation parties | GSE | .50 | 137.50 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 06/29/11 | Conference call w/M.Bettilyon regarding federal case | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

August 5, 2011

Invoice #10091

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/28/11 | Telephone conference w/M. Bettilyon regarding consolidation of cases; planning meeting | GSE | .50 | 137.50 |

**Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

September 5, 2011

Invoice #10092

**Redacted**

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 08/09/11 | Telephone conference w/M. Bettilyon regarding consolidation of case issues | GSE | .50 | 137.50 |

**Redacted**

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 08/12/11 | Communications w/M. Bettilyon regarding Rule 26 report | GSE. | .25 | 68.75 |
| 08/30/11 | Review changes to Motion to Consolidate | GSE | 1.00 | 275.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

October 5, 2011

Invoice #10093

| Date | Description | | | |
|------|-------------|--|--|--|
| 09/01/11 | Email/telephone conferences w/M. Bettilyon regarding discovery issues; Aaron Schapper research | GSE | 1.25 | 343.75 |

**Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

December 5, 2011

Invoice #10095

**Redacted**

| | | | | |
|---|---|---|---|---|
| 11/04/11 | Review changes to DongFang protective order | GSE | 1.00 | 275.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 11/07/11 | Confer w/M. Bettilyon regarding depositions | GSE | .75 | 206.25 |
| 11/07/11 | Research/Prepare documents for production | DE | 5.75 | 431.25 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 11/25/11 | Review/confer regarding Schapper's deposition | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

January 5, 2012

Invoice #10096

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 12/16/11 | DongFang attorney planning meeting | GSE | 1.25 | 343.75 |

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 12/19/11 | Review/advice regarding U.S. Patent Number 7,637,475 | GSE | .50 | 137.50 |
| 12/22/11 | Confer/email/telephone conference w/M. Bettilyon regarding research of assignment of records of parent application/PTO rules governing issuance of assignee | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

April 5, 2012

Invoice #10099

**Redacted**

| Date | Description | | | | |
|---|---|---|---|---|---|
| 03/29/12 | Review Discovery Responses to DongFang | | GSE | 1.25 | 343.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

May 5, 2012

Invoice #10101

**Redacted**

| 04/16/12 | Research/prepare document production for Federal Action | DE | 5.75 | 431.25 |

**Redacted**

| 04/17/12 | Prepare document production for Federal matter | DE | 2.5 | 187.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

August 5, 2012

Invoice #10104

**Redacted**

| Date | Description | | | |
|------|-------------|-----|------|--------|
| 07/10/12 | Review changes to Motion and Opposition to Stay Filed in Federal case | GSE | 1.25 | 343.75 |
| 07/11/12 | Prepare for hearing | DE | 1.0 | 75.00 |
| 07/12/12 | Prepare for and attend hearing | GSE | 2.25 | 618.75 |
| 07/19/12 | Review China Export Memorandum | GSE | .75 | 206.25 |

**Redacted**

| | | | | |
|------|-------------|-----|------|--------|
| 07/30/12 | Telephone conference w/M. Bettilyon regarding Motion to Stay federal litigation | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT 84054

September 5, 2012

Invoice #10105

<div style="border:1px solid black; text-align:center;">

**Redacted**

</div>

| Date | Description | | | |
|---|---|---|---|---|
| 08/16/12 | Meetings with U.S. Attorney's Office/plea deals; Draft/review communications regarding settlement | GSE | 2.75 | 756.25 |
| 08/16/12 | Interoffice w/Orbit concerning settlement & victim objection letter | GSE | .75 | 206.25 |
| 08/20/12 | Conference w/Bettilyon & Tolman regarding U.S Attorney's | GSE | 1.00 | 275.00 |
| 08/22/12 | U.S. Attorney settlement meeting; conferences w/Bettilyon & Wheeler regarding same | GSE | 2.25 | 618.75 |
| 08/27/12 | Review/advise regarding settlement | GSE | 1.25 | 343.75 |

<div style="border:1px solid black; text-align:center;">

**Redacted**

</div>

September 5, 2012

| 08/29/12 | Confer/review settlement documents; attend hearing Regarding Luo Jun criminal case. | GSE | 2.5 | 687.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Cahoon
845 North Overland Road
North Salt Lake, UT  84054

October 5, 2012

Invoice #10106

**Redacted**

| 09/25/12 | Review/confer w/Bettilyon regarding China Export | GSE | .75 | 206.25 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

December 5, 2012

Invoice #10108

> **Redacted**

11/13/12     Review/confer w/Bettilyon regarding amended complaints  GSE   .75     206.25

> **Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
    Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

January 5, 2013

Invoice #10109

**Redacted**

| Date | Description | | | |
|---|---|---|---|---|
| 12/11/12 | Review/comment on Motion/Amended Complaint | GSE | .75 | 206.25 |
| 12/12/12 | Research/compile production documents | DE | 2.50 | 187.50 |
| 12/13/12 | Meeting w/Bettilyon | GSE | 3.5 | 962.50 |
| 12/13/12 | Meeting w/Bettilyon | DE | 3.0 | 225.00 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 12/18/12 | Review/confer w/Bettilyon regarding hearing order | GSE | 1.25 | 343.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

March 5, 2013

Invoice #10111

**Redacted**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 02/15/13 | Review/confer w/Bettilyon regarding Third Amended Complaint | GSE | .50 | 137.50 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
    Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

July 5, 2013

Invoice #10115 – IA

| | **Redacted** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 06/10/13 | Prepare/review/research documents for production regarding discovery responses | DE | 3.25 | 243.75 |
| 06/11/13 | Review/confer w/Bettilyon regarding Alba meeting | GSE | 1.25 | 343.75 |
| 06/12/13 | Telephone call w/Brady | GSE | .75 | 206.25 |

| | **Redacted** |
|---|---|

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

August 5, 2013

Invoice #10116

**Redacted**

| 07/11/13 | Prepare for and attend Archibald deposition | GSE | 6.00 | 1650.00 |
| 07/12/13 | Prepare for and attend Rapp deposition | GSE | 5.75 | 1581.25 |

**Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

January 5, 2014

Invoice #10121

**Redacted**

| 12/17/13 | Attend deposition of Jansen; confer w/Bettilyon | GSE | 3.0 | 825.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
    Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

February 5, 2014

Invoice #10122

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 01/06/14 | Review scheduling order and upcoming depositions | GSE | .50 | 137.50 |

**Redacted**

| Date | Description | | | |
|------|-------------|---|---|---|
| 01/10/14 | Confer w/Bettilyon regarding insurance coverage letter, issues | GSE | 1.25 | 343.75 |
| 01/13/14 | Prepare documents for upcoming depositions | DE | 3.25 | 243.75 |
| 01/20/14 | Prepare for upcoming depositions | GSE | 2.25 | 618.75 |
| 01/22/14 | Prepare/confer w/Bettilyon regarding depositions | GSE | 3.50 | 962.50 |

| Redacted |
| --- |

| 01/27/14 | Confer w/Bettilyon regarding upcoming deposition | GSE | .75 | 206.25 |
| 01/31/14 | Prepare for and attend depositions; confer regarding patent assignment documents | GSE | 3.25 | 893.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
      Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

March 5, 2014

Invoice #10123

| 02/03/14 | Confer w/Bettilyon regarding upcoming depositions | GSE | .50 | 137.50 |
| 02/05/14 | Confer w/Bettilyon regarding upcoming depositions | GSE | .50 | 137.50 |

**Redacted**

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

May 5, 2014

Invoice #10125

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/03/14 | Prepare for and attend Jones & Butters depositions | GSE | 3.0 | 825.00 |

**Redacted**

| | | | | |
|------|-------------|---|---|---|
| 04/11/14 | Prepare attorney's fees for submission to Federal Court | DE | 5.75 | 431.25 |
| 04/12/14 | Prepare attorney's fees for submission to Federal Court | DE | 6.50 | 487.50 |
| 04/16/14 | Review documents concerning HongChen default | GSE | 2.25 | 618.75 |

**Redacted**

| | | | | |
|------|-------------|---|---|---|
| 04/21/14 | Review motion/memoranda and declarations regarding default judgment and permanent injunction against HongChen | GSE | 2.50 | 687.50 |
| 04/22/14 | Review and confer/Bettilyon & Stevens regarding federal motion for default & permanent injunction | | | |

| | | | | |
|---|---|---|---|---|
| | against HongChen | GSE | 1.25 | 343.75 |
| 04/23/14 | Review/comment pleadings in Federal court concerning HongChen default and permanent injunction | GSE | 1.50 | 412.50 |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 04/29/14 | Prepare for and attend hearing before Judge Furse concerning subpoenas served on Orbit and RQN in criminal case; meet and confer regarding postponement of criminal trial | GSE | 3.00 | 825.00 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT 84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email: gericlaw@aol.com
Federal Tax ID: 87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
        Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT 84054

June 5, 2014

Invoice #10126

**Redacted**

| 05/18/14 | Review/comment concerning reply memorandum regarding attorney's fees in Federal litigation | GSE | .75 | 206.25 |

**Redacted**

| 05/28/14 | Review/comment regarding interrogatory responses | GSE | 1.25 | 343.75 |

Greg S. Ericksen
1065 South 500 West
P.O. Box 609
Bountiful, UT   84011-0609
Telephone: (801)299-5519
Facsimile: (801)299-9799
Email:  gericlaw@aol.com
Federal Tax ID:  87-0352412

Invoice Submitted to:
ORBIT IRRIGATION PRODUCTS, INC.
     Orbit Irrigation Products, Inc. v Janice Capener, et al
c/o Kylie Jones
845 North Overland Road
North Salt Lake, UT  84054

July 5, 2014

Invoice #10127

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/04/14 | Research document production regarding DongFang damages | DE | 1.50 | 112.50 |

**Redacted**

| | | | | |
|------|-------------|---|---|---|
| 06/26/14 | Prepare for and attend Hearing before Magistrate Furse | GSE | 1.50 | 412.50 |
| 06/30/14 | Review and confer regarding order relating to Judge Furse's ruling to provide Orbit with U.S. Attorney's office Documents | GSE | .75 | 206.25 |